NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07361
Telephone: (201) 871-1333
Facsimile: (201) 871-3161
Attorneys for Debtor
By: Brian G. Hannon, Esq.  (BH-3645)
    bhannon@norgaardfirm.com

**Order Filed on June 12, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT |
|  | FOR THE DISTRICT OF NEW JERSEY |
|  | NEWARK VICINAGE |
| NAKERA TAMEKA SHERMAN-BELIN, | Chapter 13 |
| Debtor. |  |
|  | Case No. 25-13800-VFP |

### ORDER GRANTING RELIEF FROM THE STAY WITH RESPECT TO THE DEBTOR'S DIVORCE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 12, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: Nakera Tameka Sherman-Belin
Case No. 25-13800 (VFP)
<u>ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(d)(1)</u>

THIS MATTER came to the attention of the Court upon the motion of the Debtor for an Order modifying he automatic stay and waiving the fourteen (14) day stay of the effectiveness of the order of Fed. R. Bankr. P. 4001(a)(3)(the "Motion"); and adequate notice of the Motion having been provided, and the Court having considered the pleadings filed in connection the with Motion, together with the oral arguments of counsel, if any; and good cause shown;

It is **ORDERED** as follows:

1. The Motion shall be, and hereby is, GRANTED.

2. The Debtor is hereby granted relief from the automatic stay with respect to her divorce proceeding bearing docket number FM-12-1462-25, to exercise all of the rights and remedies under applicable law with respect to the marital estate of the Debtor.

3. Nothing in this Order shall modify, alter or otherwise affect the Debtor's required compliance with 11 U.S.C. Sec. 363, 327, 328, 503 nor Fed. R. Bank. P 6004. Accordingly, the Debtor must still seek court approval via motion to appoint a realtor, to appoint real estate counsel, and for an order approving the eventual sale of any real property. Additionally, any determination as to equitable distribution or liquidation of assets that may impact upon property of the Bankruptcy Estate must first obtain the approval of the Bankruptcy Court before being finalized.

4. The stay set forth in Rules 4001(a)(3) and 7062 of the Federal Rules of Bankruptcy shall not apply to this Order and the Order shall be effective immediately.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-13800-VFP
Nakera Tameka Sherman-Belin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Jun 13, 2025     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Nakera Tameka Sherman-Belin, 1209 Central Ave, Plainfield, NJ 07060-2814 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Nakera Tameka Sherman-Belin bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Thomas B. O'Connell | on behalf of Creditor Affinity Federal Credit Union toconnell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Jun 13, 2025 Form ID: pdf903 Total Noticed: 1
TOTAL: 7