# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEW JERSEY

In re: NAKERA SHERMAN BELIN                                            Case No: 25-13800

Chapter: 13

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY

Santander Consumer USA

Comes now Santander Consumer USA and withdraws claim number (17) previously filed in the above referenced bankruptcy action on or about 06/17/2025.

Respectfully submitted,

/s/Abel Marin

Santander Consumer USA

P.O. Box 560284

Dallas, TX 75356