| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br><br><br><br>In Re: | Case No.: _____<br><br>Chapter: _____<br><br>Judge: _____ |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    _____
(Example: John Smith, creditor)

        Old address:    _____
                                      _____
                                      _____

        New address:    _____
                                      _____
                                      _____

        New phone no.:_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  _____        _____
                                                          Signature

*rev.2/1/16*