UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

| | |
|---|---|
| In Re: | Case No.: _25-13800-VFP_ |
| Nakera Tameka Sherman-Belin, | Chapter: _13_ |
| Debtor. | Hearing Date: _08/07/2025_ |
| | Judge: _Papalia_ |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 26)

Date: _08/06/2025_                    /s/ Denise Carlon

                              Signature

*rev.8/1/15*