| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>1040 Kings Highway North, Suite 100<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for Affinity Federal Credit Union | Order Filed on August 11, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Nakera Tameka Sherman-Belin,<br><br>                Debtor. | Case No.:   25-13800-VFP<br><br>Chapter:    13<br><br>Hrg Date:   August 7, 2025<br><br>Judge:      Hon. Vincent F. Papalia |

## CONSENT ORDER RESOLVING AFFINITY FEDERAL CREDIT UNION'S OBJECTION TO CONFIRMATION

The relief set forth on the following page is hereby ORDERED.

**DATED: August 11, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: Nakera Tameka Sherman-Belin
Case No. 25-13800-VFP
Caption of Order: Consent Order Resolving Affinity Federal Credit Union's Objection to Confirmation

---

This matter having come before the Court upon the filing of a Chapter 13 Plan by Nakera Tameka Sherman-Belin ("Debtor"); Affinity Federal Credit Union ("Affinity") having filed an Objection to Confirmation of the Plan ("Objection"); and the parties having come to an agreement to resolve the Objection, now therefore;

It is hereby ORDERED that Affinity's two proofs of claim, Claim No. 3 in the amount of $42,695.24 ("Claim 3"); and Claim No. 4 in the amount of $25,292.44 ("Claim 4") (collectively "Claims") shall be treated as general unsecured claims; and it is further

ORDERED that, as the estate is a solvent estate, the Claims shall be paid in full through the Plan with interest at the federal rate, which the parties agree to be 3.9%, which interest shall accrue until the Claims are paid in full; and it is further

ORDERED that the total amount to be paid to the Claims, including interest, shall be determined at the time of sale of Debtor's property and upon further order of the Court; and

ORDERED that within seven (7) days after entry of this Order, Affinity shall amend the Claims to reflect their status as general unsecured claims.

| | |
|---|---|
| /s/ Rebecca K. McDowell | /s/ Brian G. Hannon (w/consent) |
| Rebecca K. McDowell, Esq. | Brian G. Hannon, Esq. |
| Saldutti Law Group | Norgaard, O'Boyle & Hannon |
| 1040 Kings Highway North, Suite 100 | 184 Grand Avenue |
| Cherry Hill, NJ 08034 | Englewood, NJ 07631 |
| (856) 324-5014 | (609) 831-1443 |
| rmcdowell@slgcollect.com | bhannon@norgaardfirm.com |
| Counsel for Affinity Federal Credit Union | Counsel for the Debtor |