Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.: 25−13800−VFP
                      Chapter: 13
                      Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nakera Tameka Sherman−Belin
    aka Nakera T Sherman−Belin, aka Nakera
    Sherman−Belin, aka Nakera T Belin, aka
    Nakera Belin, aka Nakera T Sherman, aka
    Nakera Sherman
    133 Rutgers Road
    Piscataway, NJ 08854

Social Security No.:
    xxx−xx−8786

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 11, 2025.

Dated: August 11, 2025
JAN: mcp

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Nakera Tameka Sherman-Belin  
    Debtor

Case No. 25-13800-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Aug 11, 2025     Form ID: plncf13     Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakera Tameka Sherman-Belin, 133 Rutgers Road, Piscataway, NJ 08854-3412 |
| 520646875 | + | Chrysler Capital, William E. Craig, Esquire, Eisenberg, Gold & Agrawal, P.C., 1040 North Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |
| 520617713 | + | Jason R. Belin, 1209 Central Ave, Plainfield, NJ 07060-2814 |
| 520617714 | + | Latoya Sherman, 805 Sioux Drive, East Stroudsburg, PA 18302-8231 |
| 520617716 | + | Make Me Over, LLC, 1209 Central Ave, Plainfield, NJ 07060-2814 |
| 520617722 | | Service Finance Company, LLC, PO Box 645669, Cincinnati, OH 45264-5669 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 11 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 11 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Aug 11 2025 20:49:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 11 2025 20:50:00 | Santander Consumer USA Inc. dba Chrysler Capital a, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520617705 | | Email/Text: bankruptcycare@affinityfcu.com | Aug 11 2025 20:49:00 | Affinity Federal Credit Union, 73 Mountview Blvd, PO Box 621, Basking Ridge, NJ 07920-0621 |
| 520661503 | + | Email/Text: rmcdowell@slgcollect.com | Aug 11 2025 20:49:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520617706 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 11 2025 20:49:00 | Bank of America, 100 N Tryon Street, NC1-0007-19-26, Charlotte, NC 28202-4036 |
| 520671365 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 11 2025 20:48:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520617708 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 11 2025 20:49:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520617709 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2025 20:53:59 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520617710 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2025 20:53:25 | Capital One Quicksilver, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520617711 | ^ | MEBN | Aug 11 2025 20:44:46 | Chrysler Capital, PO Box 961211, Fort Worth, TX 76161-0211 |

Case 25-13800-VFP    Doc 39    Filed 08/13/25    Entered 08/14/25 00:16:53    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2025 | Form ID: plncf13 | Total Noticed: 44 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 520639009 | | Email/Text: mrdiscen@discover.com | Aug 11 2025 20:48:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520617712 | | Email/Text: mrdiscen@discover.com | Aug 11 2025 20:48:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520691081 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 11 2025 20:50:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 520691788 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 11 2025 20:50:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520694318 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2025 20:53:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520617715 | | Email/Text: camanagement@mtb.com | Aug 11 2025 20:50:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203-1420 |
| 520695264 | | Email/Text: camanagement@mtb.com | Aug 11 2025 20:50:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520696563 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2025 20:53:57 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520695986 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 11 2025 20:50:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 520617723 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 11 2025 20:54:30 | SYNCB/Amazon PLCC, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520617724 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 11 2025 20:53:58 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 520617725 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 11 2025 21:05:22 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 520617717 | + | Email/Text: rmcdowell@slgcollect.com | Aug 11 2025 20:49:00 | Saldutti Law Group, 1040 Kings Hwy N Ste 100, Cherry Hill, NJ 08034-1925 |
| 520695738 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 11 2025 20:50:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 520617718 | | Email/Text: enotifications@santanderconsumerusa.com | Aug 11 2025 20:50:00 | Santander Consumer USA, PO Box 961288, Fort Worth, TX 76161-0288 |
| 520625096 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 11 2025 20:50:00 | Santander Consumer USA Inc. d/b/a/, Chrysler Capital, as servicer for CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 520617719 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2025 20:53:58 | Sears/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520617720 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 11 2025 20:53:38 | Secretary of Housing & Urban Development, Attn: Single Family Notes Branch, 451 7th St SW, Washington, DC 20410-0001 |
| 520617721 | + | Email/Text: servicing@svcfin.com | Aug 11 2025 20:49:00 | Service Finance Company, LLC, 555 S Federal Highway, Ste 200, Boca Raton, FL 33432-6033 |
| 520679066 | | Email/Text: bankruptcy@bbandt.com | Aug 11 2025 20:49:00 | Service Finance Company, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 520700855 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 11 2025 21:05:22 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520617726 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2025 20:53:29 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520683944 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 11 2025 20:53:39 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520617727 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | | |

Case 25-13800-VFP   Doc 39   Filed 08/13/25   Entered 08/14/25 00:16:53   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2025 | Form ID: plncf13 | Total Noticed: 44 |

| | | | Aug 11 2025 20:53:38 | Wells Fargo Card Services, PO Box 393, Minneapolis, MN 55480-0393 |
|---|---|---|---|---|
| 520664967 | + | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | | Aug 11 2025 20:50:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 520617728 | | Email/Text: bankruptcynotice@westlakefinancial.com | | |
| | | | Aug 11 2025 20:50:00 | Westlake Financial Services, 4751 Wilshire Blvd Ste 100, Los Angeles, CA 90010-3847 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520617707 | *+ | Bank of America, 100 N Tryon Street, NC1-0007-19-26, Charlotte, NC 28202-4036 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Nakera Tameka Sherman-Belin bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| Thomas B. O'Connell | on behalf of Creditor Affinity Federal Credit Union toconnell@slgcollect.com  anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8