Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:   25−13800−VFP
        Chapter:   13
        Judge:   Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nakera Tameka Sherman−Belin
   aka Nakera T Sherman−Belin, aka Nakera
   Sherman−Belin, aka Nakera T Belin, aka
   Nakera Belin, aka Nakera T Sherman, aka
   Nakera Sherman
   133 Rutgers Road
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−8786

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/4/25 at 10:00 AM

to consider and act upon the following:

**43** − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/3/2025. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

**45** − Certification in Opposition to (related document:43 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/3/2025. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Brian Gregory Hannon on behalf of Nakera Tameka Sherman−Belin. (Hannon, Brian)

Dated: 11/4/25

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court