NORGAARD O'BOYLE & HANNON
184 GRAND AVENUE
ENGLEWOOD, NJ  07631-3507

Re:   NAKERA TAMEKA SHERMAN-BELIN       Atty:   NORGAARD O'BOYLE & HANNON
      133 RUTGERS ROAD                          184 GRAND AVENUE
      PISCATAWAY,  NJ  08854                     ENGLEWOOD, NJ  07631-3507

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 25-13800

### RECEIPTS AS OF 01/15/2026        (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 05/07/2025 | $200.00 | | 05/12/2025 | $200.00 | |
| 06/09/2025 | $200.00 | | 07/14/2025 | $200.00 | |
| 08/11/2025 | $200.00 | | 09/15/2025 | $200.00 | |
| 10/14/2025 | $200.00 | | 11/10/2025 | $200.00 | |
| 12/15/2025 | $200.00 | | 01/12/2026 | $200.00 | |

**Total Receipts: $2,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,000.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026        (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 108.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 7,640.99 | 100.00% | 1,704.00 | 5,936.99 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 25,292.44 | 100.00% | 0.00 | 25,292.44 |
| 0002 | BANK OF AMERICA | UNSECURED | 17,505.82 | 100.00% | 0.00 | 17,505.82 |
| 0003 | RESURGENT CAPITAL SERVICES | UNSECURED | 12,725.84 | 100.00% | 0.00 | 12,725.84 |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 10,310.84 | 100.00% | 0.00 | 10,310.84 |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,806.04 | 100.00% | 0.00 | 4,806.04 |
| 0006 | CHRYSLER CAPITAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | DISCOVER BANK | UNSECURED | 662.72 | 100.00% | 0.00 | 662.72 |
| 0010 | M&T BANK | (NEW) Prepetition ⟨ | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | SYNCHRONY BANK | UNSECURED | 403.98 | 100.00% | 0.00 | 403.98 |
| 0013 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 5,969.81 | 100.00% | 0.00 | 5,969.81 |
| 0014 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 8,152.00 | 100.00% | 0.00 | 8,152.00 |
| 0016 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | RESURGENT CAPITAL SERVICES | UNSECURED | 13,238.65 | 100.00% | 0.00 | 13,238.65 |
| 0018 | SECRETARY OF HOUSING & URBAN DEV | (NEW) Prepetition ⟨ | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | SERVICE FINANCE COMPANY | UNSECURED | 48,523.38 | 100.00% | 0.00 | 48,523.38 |

**Chapter 13 Case # 25-13800**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0021 | RESURGENT CAPITAL SERVICES | UNSECURED | 4,693.17 | 100.00% | 0.00 | 4,693.17 |
| 0023 | WELLS FARGO CARD SERVICES | UNSECURED | 4,187.97 | 100.00% | 0.00 | 4,187.97 |
| 0024 | WESTLAKE FINANCIAL SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 42,695.24 | 100.00% | 0.00 | 42,695.24 |
| 0027 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | BANK OF AMERICA | UNSECURED | 13,383.20 | 100.00% | 0.00 | 13,383.20 |
| 0029 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | WESTLAKE | UNSECURED | 3,977.75 | 100.00% | 0.00 | 3,977.75 |

**Total Paid:  $1,812.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $2,000.00          -     Paid to Claims: $0.00          -     Admin Costs Paid: $1,812.00    =    Funds on Hand: $188.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.