Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−13800−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nakera Tameka Sherman−Belin
   aka Nakera T Sherman−Belin, aka Nakera
   Sherman−Belin, aka Nakera T Belin, aka
   Nakera Belin, aka Nakera T Sherman, aka
   Nakera Sherman
   133 Rutgers Road
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−8786

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 21, 2026.


Dated: January 21, 2026
JAN: gml

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re: | Case No. 25-13800-VFP
Nakera Tameka Sherman-Belin | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Jan 21, 2026      Form ID: plncf13      Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakera Tameka Sherman-Belin, 133 Rutgers Road, Piscataway, NJ 08854-3412 |
| 520646875 | + | Chrysler Capital, William E. Craig, Esquire, Eisenberg, Gold & Agrawal, P.C., 1040 North Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |
| 520617713 | + | Jason R. Belin, 1209 Central Ave, Plainfield, NJ 07060-2814 |
| 520617714 | + | Latoya Sherman, 805 Sioux Drive, East Stroudsburg, PA 18302-8231 |
| 520617716 | + | Make Me Over, LLC, 1209 Central Ave, Plainfield, NJ 07060-2814 |
| 520617722 | | Service Finance Company, LLC, PO Box 645669, Cincinnati, OH 45264-5669 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 21 2026 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 21 2026 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jan 21 2026 21:11:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 21 2026 21:12:00 | Santander Consumer USA Inc. dba Chrysler Capital a, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520617705 | | Email/Text: bankruptcycare@affinityfcu.com | Jan 21 2026 21:11:00 | Affinity Federal Credit Union, 73 Mountview Blvd, PO Box 621, Basking Ridge, NJ 07920-0621 |
| 520661503 | + | Email/Text: rmcdowell@slgcollect.com | Jan 21 2026 21:11:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520617706 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jan 21 2026 21:11:00 | Bank of America, 100 N Tryon Street, NC1-0007-19-26, Charlotte, NC 28202-4036 |
| 520671365 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 21 2026 21:10:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520617708 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 21 2026 21:11:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520617709 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 21:19:34 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520617710 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 21:20:04 | Capital One Quicksilver, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520617711 | ^ | MEBN | Jan 21 2026 21:01:17 | Chrysler Capital, PO Box 961211, Fort Worth, TX 76161-0211 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520639009 | | Email/Text: mrdiscen@discover.com | Jan 21 2026 21:10:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520617712 | | Email/Text: mrdiscen@discover.com | Jan 21 2026 21:10:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520691081 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 21 2026 21:12:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 520691788 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 21 2026 21:12:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520694318 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 21:19:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520617715 | | Email/Text: camanagement@mtb.com | Jan 21 2026 21:11:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203-1420 |
| 520695264 | | Email/Text: camanagement@mtb.com | Jan 21 2026 21:11:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520696563 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2026 21:19:37 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520695986 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 21 2026 21:12:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 520617723 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 21:19:33 | SYNCB/Amazon PLCC, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520617724 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 21:19:33 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 520617725 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 21:19:47 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 520617717 | + | Email/Text: rmcdowell@slgcollect.com | Jan 21 2026 21:11:00 | Saldutti Law Group, 1040 Kings Hwy N Ste 100, Cherry Hill, NJ 08034-1925 |
| 520695738 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 21 2026 21:12:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 520617718 | | Email/Text: enotifications@santanderconsumerusa.com | Jan 21 2026 21:12:00 | Santander Consumer USA, PO Box 961288, Fort Worth, TX 76161-0288 |
| 520625096 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 21 2026 21:12:00 | Santander Consumer USA Inc. d/b/a/, Chrysler Capital, as servicer for CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 520617719 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2026 21:20:12 | Sears/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520617720 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 21 2026 21:19:41 | Secretary of Housing & Urban Development, Attn: Single Family Notes Branch, 451 7th St SW, Washington, DC 20410-0001 |
| 520617721 | + | Email/Text: servicing@svcfin.com | Jan 21 2026 21:11:00 | Service Finance Company, LLC, 555 S Federal Highway, Ste 200, Boca Raton, FL 33432-6033 |
| 520679066 | | Email/Text: bankruptcy@bbandt.com | Jan 21 2026 21:11:00 | Service Finance Company, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 520700855 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 21 2026 21:19:53 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520617726 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2026 21:19:41 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520683944 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 21 2026 21:20:05 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520617727 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |

Case 25-13800-VFP    Doc 56    Filed 01/23/26    Entered 01/24/26 00:19:56    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: plncf13 | Total Noticed: 44 |

| | | | Jan 21 2026 21:19:50 | Wells Fargo Card Services, PO Box 393, Minneapolis, MN 55480-0393 |
|---|---|---|---|---|
| 520664967 | + | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | | Jan 21 2026 21:12:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 520617728 | | Email/Text: bankruptcynotice@westlakefinancial.com | | |
| | | | Jan 21 2026 21:12:00 | Westlake Financial Services, 4751 Wilshire Blvd Ste 100, Los Angeles, CA 90010-3847 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520617707 | *+ | Bank of America, 100 N Tryon Street, NC1-0007-19-26, Charlotte, NC 28202-4036 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Nakera Tameka Sherman-Belin bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Thomas B. O'Connell | on behalf of Creditor Affinity Federal Credit Union toconnell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8