**LAURENCE R. SHELLER, ESQ.**
826 Alexander Rd.
Princeton, New Jersey 08540
Telephone (609) 452-7001
Attorney for Jason Belin, party in interest
By: Laurence R. Sheller, Esq.

| | | |
|---|---|---|
| In re: | : | United States Bankruptcy Court |
| | : | For the District of New Jersey |
| Nakera Tameka Sherman-Belin, | : | Vicinage of Newark |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| | : | Case No. 25-13800 (VFP) |
| | : | |
| | : | Notice of Appearance and Request |
| | : | for Service of  Papers |

PLEASE TAKE NOTICE that the attorney, Laurence R. Sheller, is appearing for the following party in the above named bankruptcy case:

Jason Belin

The party is a party in interest of the Debtor in this case:

Nakera Tameka Sherman-Belin

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

/s/ Laurence R. Sheller
Dated: May 1, 2026          Laurence R. Sheller