NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07361
Telephone: (201) 871-1333
Facsimile: (201) 871-3161
Attorneys for Debtor
By: Mark E. Norgaard, Esq.  (MN-7407)
    mnorgaard@norgaardfirm.com

**Order Filed on June 23, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |
|---|---|
| In re:<br><br>NAKERA TAMEKA SHERMAN-BELIN,<br>　　　　　Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 13<br><br>Case No.25-13800-VFP |

## ORDER (I) COMPELLING JASON BELIN TO COMPLY WITH RULE 2004 SUBPOENA; AND (II) GRANTING RELATED RELIEF

The relief set forth on the following page is hereby

**ORDERED**.

**DATED: June 23, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor:  Nakera Tameka Sherman-Belin
Case No. 25-13800 (VFP)
ORDER (I) COMPELLING JASON BELIN TO COMPLY WITH RULE 2004 SUBPOENA;
AND (II) GRANTING RELATED RELIEF

**THIS MATTER**, having been presented to the Court by Nakera Tameka Sherman-Belin (the "**Debtor**"), upon a motion (the "**Motion**") for entry of an order (i) compelling Jason Belin to comply with the Subpoena; and (ii) granting such other and further relief as this Court deems just and equitable; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and (c) notice of the Motion was good and sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor and her estate; and after due deliberation and sufficient cause appearing therefore;

It is **ORDERED** as follows:

1.      The Motion is **GRANTED** as set forth herein.

2.      Within fourteen (14) days of entry of this order, Jason Belin shall provide full and complete responses to the Subpoena, subject to any appropriate objections.

3.      To the extent the Jason Belin fails to comply with this order Jason Belin may be declared in contempt and subject to sanctions and other remedies, upon proper application.

4.      Debtor shall serve a copy of this Order on Jason Belin by certified mail and regular mail, return receipt requested within three (3) business days of its entry.