Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−13800−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nakera Tameka Sherman−Belin
aka Nakera T Sherman−Belin, aka Nakera
Sherman−Belin, aka Nakera T Belin, aka
Nakera Belin, aka Nakera T Sherman, aka
Nakera Sherman
133 Rutgers Road
Piscataway, NJ 08854

Social Security No.:
xxx−xx−8786

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/20/26 at 10:00 AM

to consider and act upon the following:

*73* − Hearing Scheduled. (related document:69 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/9/2026. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) Hearing scheduled for 8/13/2026 at 10:00 AM, VFP − Courtroom 3B, Newark. (gml)

Dated: 6/26/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court