NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07361
Telephone: (201) 871-1333
Facsimile: (201) 871-3161
Attorneys for Debtor
By: Mark E. Norgaard, Esq.  (MN-7407)
   mnorgaard@norgaardfirm.com

**Order Filed on June 23, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY NEWARK VICINAGE |
| NAKERA TAMEKA SHERMAN-BELIN, | Chapter 13 |
| Debtor. | Case No.25-13800-VFP |

**ORDER (I) COMPELLING JASON BELIN TO COMPLY WITH RULE 2004
SUBPOENA; AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following page is hereby

**ORDERED**.

**DATED: June 23, 2026**

_____
  Honorable Vincent F. Papalia
  United States Bankruptcy Judge

Debtor:  Nakera Tameka Sherman-Belin
Case No. 25-13800 (VFP)
ORDER (I) COMPELLING JASON BELIN TO COMPLY WITH RULE 2004 SUBPOENA;
AND (II) GRANTING RELATED RELIEF

**THIS MATTER**, having been presented to the Court by Nakera Tameka Sherman-Belin (the "**Debtor**"), upon a motion (the "**Motion**") for entry of an order (i) compelling Jason Belin to comply with the Subpoena; and (ii) granting such other and further relief as this Court deems just and equitable; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and (c) notice of the Motion was good and sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor and her estate; and after due deliberation and sufficient cause appearing therefore;

It is **ORDERED** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. Within fourteen (14) days of entry of this order, Jason Belin shall provide full and complete responses to the Subpoena, subject to any appropriate objections.

3. To the extent the Jason Belin fails to comply with this order Jason Belin may be declared in contempt and subject to sanctions and other remedies, upon proper application.

4. Debtor shall serve a copy of this Order on Jason Belin by certified mail and regular mail, return receipt requested within three (3) business days of its entry.

2

United States Bankruptcy Court

District of New Jersey

In re:

Nakera Tameka Sherman-Belin

　　　Debtor

Case No. 25-13800-VFP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 24, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol　　　Definition**

+　　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nakera Tameka Sherman-Belin, 133 Rutgers Road, Piscataway, NJ 08854-3412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026　　　　　　　　　Signature:　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Nakera Tameka Sherman-Belin bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com |
| Laurence R. Sheller | on behalf of Unknown Role Type Jason Belin laurence.sheller@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| Thomas B. O'Connell | |

District/off: 0312-2                              User: admin                                    Page 2 of 2

Date Rcvd: Jun 24, 2026                          Form ID: pdf903                                 Total Noticed: 1

on behalf of Creditor Affinity Federal Credit Union toconnell@slgcollect.com  anovoa@slgcollect.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.
wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8