NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07361
Telephone: (201) 871-1333
Facsimile: (201) 871-3161
Attorneys for Debtor
By: Mark E. Norgaard, Esq.  (MN-7407)
    mnorgaard@norgaardfirm.com

|  |  |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
|  | FOR THE DISTRICT OF NEW JERSEY |
|  | : NEWARK VICINAGE |
| NAKERA TAMEKA SHERMAN BELIN, | : Chapter 13 |
| Debtor. | |
|  | : Case No. 25-13800 (VFP) |

Hearing Date: 8/6/2026 @ 10 am

**SUPPLEMENTAL CERTIFICATION OF MARK E. NORGAARD, ESQ., IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) HOLDING JASON BELIN IN CONTEMPT OF ORDER COMPELLING JASON BELIN TO COMPLY WITH RULE 2004 SUBPOENA; AND (II) GRANTING RELATED RELIEF**

Pursuant to 28 U.S.C. § 1746, **MARK E. NORGAARD, ESQ.,** hereby certifies and declares as follows:

1. I am an attorney at law in the State of New Jersey and an associate with Norgaard O'Boyle & Hannon. My firm serves as counsel to the Debtor, Nakera Sherman (the "Debtor") in the above captioned Chapter 13 Bankruptcy.

2. I respectfully submit this Supplemental Certification in support of the Debtor's *Motion for Entry of an Order (I) Holding Jason Belin in Contempt of Order Compelling Jason Belin ("Belin") to Comply with 2004 Subpoena; and (II) Granting Related Relief* (the "Motion").

3. On July 13, 2026, Belin's counsel provided the attached responses to the Debtor's 2004 Subpoena. *See* **Exhibit A** annexed hereto.

4. The Debtor submits that Belin's 2004 Subpoena responses are insufficient.

5. The Debtor's 2004 Subpoena dated April 22, 2026, requested numerous financial documentation from Belin. *See* Exhibit A to the Certification of Mark E. Norgaard, Esq., in Support of Motion.

6. On July 13, 2026, Belin produced bank statements from a Bank of America Account for the period of February 21, 2026 through May 21, 2026 and a correspondence from Fonseca Organization, LLC. *See* Exhibit A.

7. Belin acknowledges the imposition of liens by HUD, Fonseca, and M&T Bank, yet fails to provide the requested statements or proofs of payment for same. *See* Exhibit A. Belin has also failed to provide any proof of compliance with the Marital Separation Agreement.

8. Belin did not provide numerous requested documents including *but not limited to* mortgage, loan and/or line of credit statements. Given his admission that these liens exist, his failure to produce these expressly requested statements objectively demonstrates the insufficiency of Belin's Subpoena responses.

9. The Court's June 23, 2026 Order requires Belin to, "provide full and complete responses to the Subpoena." *See* Docket #67. The Order further states that, "To the extent that Jason Belin fails to comply with this order Jason Belin may be declared in contempt and subject to sanctions and other remedies, upon proper application." *Id*.

10. Based on the incomplete responses to the Debtor's comprehensive discovery request, Belin has failed to comply with the June 23, 2026 Order. Accordingly, Belin's "full and complete responses to the Subpoena" remain outstanding.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order: (a) Holding Jason Belin in Contempt of the Order Compelling Jason Belin to Comply with the 2004 Subpoena; and (b) such other and further relief as the Court deems just and proper.

2

Pursuant to 28 U.S.C. § 1746, I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


Dated: July 24, 2026                    */s/ Mark E. Norgaard*
                                         MARK E. NORGAARD

# Exhibit A

# LAURENCE R. SHELLER, ESQ.
## Counselor at Law
### 826 Alexander Rd.
### Princeton, New Jersey  08540
### eMail: laurence.sheller@gmail.com

Phone: (609) 452-7001                                                    Fax: (609) 452-7002
Member NY & NY Bars

---

April 30, 2026

Jason Belin

Re:    **Legal Consulting Services**

Daniels Law prevents me from viewing the documents online at the County

Answers to subpoena.

1.    Liens on 1205-09 Central Ave., Plainfield, NJ
      $55000 to HUD
      $190000 LOC to Fonseca Organization LLC from 4/7/26
2.    Bank statement attached
3.    None at this time
4.    Used entire $190000 LOC from Fonseca Organization at one time.
5.    Fonseca LOC Attached.
6.    None
7.    See attached bank account statement reflecting payment.
8.    See answer to number 7 above.
9.    Not at this time but Jason Belin contends a sale of 946 Stella Ave., Plainfield, NJ and 12 Lasalle Ave., Trenton, NJ will partially satisfy all obligations owed to the debtor.   And then Belin will refinance marital property 1205-09 Central Ave., Plainfield, NJ and will extrace $50000 to reduce remaining obligation.
10.   See answer to number 9 above.
11.   Belin contends that he has the funds to become current with mortgage on 1205-09 Central Ave., Plainfield, NJ but due to the bankruptcy, the lender won't accept payments.
12.   Used entire $190000 LOC from Fonseca Organization at one time
13.   Belin had attempted to obtain refinance proceeds from third party banks but was unsuccessful.  He had now gone back to Fonseca which has authorized $50000 refinance as noted above in answer to question 9.
14.   None
15.   Belin owes $171000 to M&T Bank on marital property.  Fonseca is going to refinance that amount and will be giving him additional $50000 as noted above.
16.   See answer to number 15 above.  Online value of Central Ave is $613k.  Belin contends value is higher.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the statements made by me are wilfully false, I am subject to punishment.

Date:_____7/13/2026_____

Jason Belin

OFF MARKET

© Google

## 1943 Plainfield Ave
South Plainfield, NJ 07080

**$592,400**
Trulia Estimate ⓘ
as of May 11, 2026
Est. Refi. Payment $3,851/mo*

$ **Refinance Your Home**

🛏 Studio
(on 0.40 acres)

### Homes for sale near 1943 Plainfield Ave






**$550,000**
🛏 3 bd 🛁 2 ba
128 Clifford St S,
Plainfield, NJ 07060

**$550,000**
🛏 3 bd 🛁 2 ba
128 Clifford St,
South Plainfield, NJ 07080
KELLER WILLIAMS TOWNE SQUARE REAL

**$644,999**
🛏 4 bd 🛁 2 ba 📐 2,160 sqft
1712 Kenyon Ave,
South Plainfield, NJ 07080

**$989,900**
🛏 6 bd 🛁 3 ba 📐 3,500 sqft
1717 Grant Ave,
South Plainfield, NJ 07080

### Apartments for Rent






**$2,265 - $2,750/mo**
🛏 1-2 bd 🛁 1-2 ba

**$2,044 - $3,414/mo**
🛏 1-2 bd 🛁 1 ba

**$2,589 - $3,279/mo**
🛏 1-2 bd 🛁 2 ba

**$1,799 - $2,989/mo**
🛏 1-2 bd 🛁 1-2 ba

‹    Home value    Cost calculator    Home details    Neighbo    ♡    ⬆    ∘∘∘

**Off market**

Source: GSMLS

**Ⓩ Zestimate®**
# $613,200
1205-09 Central Ave, Plainfield, NJ 07060

| -- | -- | **2,342** |
|---|---|---|
| **beds** | **baths** | **sqft** |

Est. refi payment: **$4,327/mo**  Ⓢ  **Refinance your loan**

| 🏠 SingleFamily | ⚒ Built in 1931 | 📐 10,394 Square Feet Lot |
|---|---|---|
| Ⓩ $613,200 Zestimate® | $262/sqft | $3,622 Estimated rent |

# Home value

SOLD   MAR 30, 2026

20

## 12 Lasalle Ave

Trenton, NJ 08618  Berkeley Sq. & Parkside

**$120,000**
Last Sold: Mar 30, 2026
8% below list $131K
**$86/sqft**
Est. Refi. Payment $862/mo*

💲 Refinance Your Home

🛏 3 Beds
🛁 1 Bath
📐 1,394 sqft

### Homes for sale near 12 Lasalle Ave

   

**$300,000** ↓
🛏 3 bd 🛁 1 ba 📐 1,200 sqft
25 Columbia Ave,
Trenton, NJ 08618

**$198,888**
🛏 3 bd 🛁 1.5 ba 📐 2,020 sq...
113 Lee Ave,
Trenton, NJ 08618
REALTY MARK CENTRAL, LLC

**$284,900**
🛏 4 bd 🛁 1.5 ba 📐 1,525 sqft
53 Sanhican Dr,
Trenton, NJ 08618
COLDWELL BANKER RESIDENTIAL BROKERAGE -
PRINCETON

**$300,000**
🛏 5 bd 🛁 2 ba 📐 1,720 sqft
21 N Lenape Ave,
Trenton, NJ 08618
NJ CAPITAL REALTY LLC

### Apartments for Rent

   

**$1,725 - $2,050/mo**

**$1,470 - $1,870/mo**

**$1,655 - $2,170/mo**

**$2,265 - $3,080/mo**

# Fonseca Organization, LLC

188 Jefferson Street, Newark, NJ 07105 M: (973) 418-7381

June 26, 2026

Loan:
Jason Belin
1205-1209 Central Avenue
Plainfield, NJ 07060

Property Address:
1205-1209 Central Avenue
Plainfield, NJ 07060

**PAY THIS AMOUNT: $207,600.00**
**PAYOFF STATEMENT GOOD THROUGH June 26, 2026**

To Whom it May Concern:

Payment of the above-listed amount will satisfy all obligations of this loan if received by close of business on the date indicated above.

Please wire funds to FONSECA ORGANIZATION, LLC. Wire instructions will be provided separately upon closing.

If you have any questions about this matter, please do not hesitate to contact me at 973-418-7381.

Sincerely,

Pablo Fonseca



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🔲  Customer service: 1.800.432.1000

En Español: 1.800.688.6086

✉  bankofamerica.com

JASON RANDELL BELIN
1209 CENTRAL AVE
PLAINFIELD, NJ 07060-2814

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔  Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your combined statement

for February 21, 2026 to March 24, 2026

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Relationship Banking | | -$275.04 | Page 3 |
| Bank of America Advantage Savings | | $0.94 | Page 5 |
| **Total balance** | | **-$274.10** | |

# NEW: BankAmeriDeals® is better than ever.

Find more cash back deals from thousands of top brands. Check it out today!

## Explore your deals at bankofamerica.com/deals.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. You must be enrolled in Online Banking or Mobile Banking to participate in the BankAmeriDeals® program and have either an eligible Bank of America® debit or credit card or Merrill credit card. Earned cash back will be credited into an eligible consumer deposit or credit account within 30 days following redemption. Data connection required. Wireless carrier fees may apply. For SafeBalance Banking® for Family Banking accounts, the parent owner can participate in BankAmeriDeals but their child using the account cannot. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply.



SSM-08-25-0441.B | 8548559

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2026 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

 **BANK OF AMERICA**

Account number: ~~████████~~

# Your Adv Relationship Banking

**JASON RANDELL BELIN**

## Account summary

| | |
|---|---|
| Beginning balance on February 21, 2026 | -$250.04 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -25.00 |
| **Ending balance on March 24, 2026** | **-$275.04** |

*Your account is enrolled in Balance Connect™ for overdraft protection. You can manage your overdraft protection preferences, including linked accounts, in Online and Mobile Banking.*

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 02/25/26 | Monthly Maintenance Fee | -25.00 |
| **Total service fees** | | **-$25.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

## Scheduled and recurring payments with Zelle®

Send money now, schedule it for later, or make it recurring.*
**Enroll now! Scan the code or visit bankofamerica.com/zelle.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply. To send or receive money with Zelle®, both parties must have a Zelle® eligible U.S. checking or savings account. Zelle and the Zelle marks used herein are trademarks of Early Warning Services, LLC.
* This feature is available after 60 days of Zelle enrollment and in some circumstances, the feature may not be available for certain recipients.



SSM-04-25-0507.B | 7864545

This page intentionally left blank

 

Account number: ~~XXXXXXXXXX~~

# Your Bank of America Advantage Savings

**JASON RANDELL BELIN**

## Account summary

| | |
|---|---|
| Beginning balance on February 21, 2026 | $0.94 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Service fees | -0.00 |
| **Ending balance on March 24, 2026** | **$0.94** |

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**We are changing one of the ways to avoid the monthly maintenance fee on our consumer checking and savings accounts. Keep in mind, there are still other ways to avoid the monthly fee that are not changing — some of which you may already be doing.**

As you may already know, Bank of America Preferred Rewards® will become BofA Rewards(TM) on or about May 26, 2026. After this happens, being a Preferred Rewards member will no longer be one of the ways to have the monthly fee waived. Instead, an account owner will need to be enrolled in BofA Rewards and qualify for the Preferred Plus, Preferred Honors, or Premier tier — this benefit does not apply to the Member tier.

Do not worry, if you are enrolled in the Preferred Rewards program on or about May 26, 2026, your enrollment will change to the new BofA Rewards program tier:

- Gold and Platinum members change to Preferred Plus
- Platinum Honors members change to Preferred Honors
- Diamond Honors members change to Premier

You will stay enrolled in your BofA Rewards tier for at least a six-month period, even if you do not meet the program requirements. After this time, BofA Rewards' standard rules, balance requirements and benefits apply.

To learn more about BofA Rewards, visit bankofamerica.com/BofARewards. Or visit the Preferred Rewards section of the "Personal Schedule of Fees" at bankofamerica.com/fees for program eligibility details.

**To see all of the ways to avoid the monthly fee on your account, including those that have not changed, visit bankofamerica.com/feesataglance.**

JASON RANDELL BELIN  |  Account # ▓▓▓▓▓▓▓  |  February 21, 2026 to March 24, 2026

This page intentionally left blank

# BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

JASON RANDELL BELIN
1209 CENTRAL AVE
PLAINFIELD, NJ 07060-2814

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

---

# Your combined statement

for March 25, 2026 to April 23, 2026

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Relationship Banking | | $1.43 | Page 3 |
| Bank of America Advantage Savings | | $10.00 | Page 7 |
| **Total balance** | | **$11.43** | |

---

# Scheduled and recurring payments with Zelle®

Send money now, schedule it for later, or make it recurring.*
**Enroll now! Scan the code or visit bankofamerica.com/zelle.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply. To send or receive money with Zelle®, both parties must have a Zelle® eligible U.S. checking or savings account. Zelle and the Zelle marks used herein are trademarks of Early Warning Services, LLC.
* This feature is available after 60 days of Zelle enrollment and in some circumstances, the feature may not be available for certain recipients.



SSM-04-25-0507.B | 7864545

JASON RANDELL BELIN  |  Account #▓▓▓▓▓▓▓▓  |  March 25, 2026 to April 23, 2026

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2026 Bank of America Corporation



**Bank of America, N.A. Member FDIC and    Equal Housing Lender**

 **BANK OF AMERICA**

Account number:

# Your Adv Relationship Banking

**JASON RANDELL BELIN**

## Account summary

| | |
|---|---|
| Beginning balance on March 25, 2026 | -$275.04 |
| Deposits and other additions | 77,027.96 |
| Withdrawals and other subtractions | -76,716.49 |
| Checks | -0.00 |
| Service fees | -35.00 |
| **Ending balance on April 23, 2026** | **$1.43** |

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $0.06.*
*Your account is enrolled in Balance Connect™ for overdraft protection. You can*
*manage your overdraft protection preferences, including linked accounts, in*
*Online and Mobile Banking.*

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 03/30/26 | WIRE TYPE:WIRE IN DATE: 260330 TIME:1521 ET TRN:2026033000648721 SEQ:2212719510070969/032611 ORIG:Clear Skies Title Agency ID:802408542 SND BK: SPENCER SAVINGS BANK, SLA ID:221271951 PMT DET:Due to Borrower / 1205-09 Central Avenue Plainfield N | 76,547.90 |
| 04/21/26 | BKOFAMERICA ATM 04/20 #000001622 DEPOSIT 48TH STREET      UNION CITY   NJ | 480.00 |
| 04/23/26 | Interest Earned | 0.06 |
| **Total deposits and other additions** | | **$77,027.96** |



## Pause and verify to help prevent scams.

- Scammers may use stories to make you feel fear, greed or sympathy. Do not react or engage.
- Hang up if you receive a suspicious call from someone saying they are from the bank.
  If you want to verify the request, call the number on your statement or card.

**Scam Tips**

**Learn more about trending scams.**
**Scan the code or visit bofa.com/HelpProtectYourself.**

When you use the QRC feature, certain information is collected from your mobile device
for business purposes.



SSM-04-25-0510.B | 7857158

JASON RANDELL BELIN   |   Account #~~~~~~~~~~~~~~   |   March 25, 2026 to April 23, 2026

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 03/30/26 | Online Banking transfer to SAV 0195 Confirmation# 4490073713 | -5,000.00 |
| 03/30/26 | Zelle payment to Kayla Belin Conf# ohjx373m3 | -250.00 |
| 03/30/26 | BKOFAMERICA ATM 03/30 #000005819 WITHDRWL SOUTH PLAINFIELD   SOUTH PLAINFI NJ | -1,000.00 |
| 03/30/26 | SHOPRITESPLAIN  03/30 #000729486 PURCHASE SHOPRITESPLAINFIE  SOUTH PLAINFI NJ | -362.64 |
| 03/30/26 | Zelle payment to  shante knight for "188 Middlesex"; Conf# jf0qqpeli | -2,500.00 |
| 03/30/26 | Zelle payment to Kamisa Conf# j8z195n9t | -300.00 |
| 03/30/26 | Zelle payment to  daniel in jones for "Job"; Conf# qn0h1yhjr | -1,200.00 |
| 03/30/26 | QUICK FOODS     03/30 #000080139 WITHDRWL QUICK FOODS          PISCATAWAY    NJ | -122.00 |
| 03/30/26 | Zelle payment to Nakera for "School pay"; Conf# k5sqfercu | -2,000.00 |
| 03/30/26 | Zelle payment to Nakera for "School pay"; Conf# k1ve53rr3 | -1,250.00 |
| 03/30/26 | Zelle payment to Nakera for "Application payment"; Conf# kiecva5bf | -600.00 |
| 03/30/26 | KEEP THE CHANGE TRANSFER TO ACCT 0195 FOR 03/30/26 | -0.36 |
| 03/31/26 | CHECKCARD  0330 SUNRUN 855-478-6786 CA 24492156090238761074717 | -643.40 |
| 03/31/26 | CHECKCARD  0331 24 Hour Fitness USA, I 800-4326348  CA 24204296090000900399212 | -163.13 |
| 03/31/26 | PURCHASE   0331 HIMS & HERS HEALTH FORHIMS.COM  CA | -100.23 |
| 03/31/26 | Zelle payment to Yesman Damon for "Thank you"; Conf# klvkb7x6v | -500.00 |
| 03/31/26 | Zelle payment to  INGRIDE LAYNE for "Thank you"; Conf# mn3fgx8t2 | -350.00 |
| 03/31/26 | Zelle payment to William Rivera for "Loan"; Conf# lv34olvw1 | -350.00 |
| 03/31/26 | Zelle payment to Maurice Hoover Conf# qqovzy1md | -100.00 |
| 03/31/26 | Zelle payment to  ELITE WORLD CONSTRUCTION LLC Conf# kvoajqdbs | -300.00 |
| 03/31/26 | THE HOME DEPOT  03/31 #000132958 PURCHASE THE HOME DEPOT #0  WATCHUNG      NJ | -49.35 |
| 03/31/26 | Zelle payment to  Corey Henry for "Lawnmower"; Conf# q03trsgap | -175.00 |
| 03/31/26 | Zelle payment to Michelle  Apartments for "Rent"; Conf# pjwefsh3c | -1,000.00 |
| 03/31/26 | WIRE TYPE:WIRE OUT DATE:260331 TIME:1023 ET TRN:2026033100420980 SERVICE REF:011700 BNF:PRIME DEVELOPMENT 1 NJLLC ID:1000854876 BNF BK:CITIZENS BANK, NATIONAL ID:221272031 PMT DET:TDSE6YVY2 /ACC/946 stelle ave loan payment | -22,000.00 |
| 03/31/26 | THE HOME DEPOT  03/31 #000918248 PURCHASE THE HOME DEPOT #0  WATCHUNG      NJ | -370.12 |
| 03/31/26 | Zelle payment to  Jason Belin Conf# mhk21joks | -120.00 |
| 03/31/26 | Zelle payment to  Stacey  O Reggio for "Insurance"; Conf# lzbg62eum | -500.00 |
| 03/31/26 | BKOFAMERICA BC  03/31 #000001637 WITHDRWL | -6,000.00 |
| 03/31/26 | KEEP THE CHANGE TRANSFER TO ACCT 0195 FOR 03/31/26 | -3.77 |
| 04/01/26 | CHECKCARD  0330 RITAS #145 S. PLAINFIELDNJ 24733096090120039608467 | -16.80 |
| 04/01/26 | CHECKCARD  0330 24 HOUR FITNESS - PISCA PISCATAWAY   NJ 24269796090500673370192 | -45.55 |
| 04/01/26 | CHECKCARD  0401 ACI*WESTLAKE PAYMENT 323-692-8800 CA 24692166091100600192819 | -1,210.98 |
| 04/01/26 | CHECKCARD  0331 ALLIANT CAPITAL VELOCIT 877-9578122  NY 24332396091000010127018 | -1,164.33 |
| 04/01/26 | CHECKCARD  0331 WELSH FARM FOOD STORE SOUTH PLAINFINJ 24755426091120918384561 | -59.68 |

*continued on the next page*

**BANK OF AMERICA**

JASON RANDELL BELIN  |  Account # 3▓▓▓▓▓▓  |  March 25, 2026 to April 23, 2026

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 04/01/26 | CHECKCARD 0331 PSEGUTILITY 800-436-7734 NJ 24036296090714446600891 | -2,003.50 |
| 04/01/26 | CHECKCARD 0331 FAMILY RESTAURANT & BUF PLAINFIELD  NJ 24943816090900018600081 | -23.92 |
| 04/01/26 | CHECKCARD 0331 THE ROOFING OUTLET INC. HILLSIDE    NJ 24183106090900015695352 | -3,149.45 |
| 04/01/26 | 7-ELEVEN    04/01 #000896691 PURCHASE 7-ELEVEN      SOUTH PLAINFI NJ | -4.83 |
| 04/01/26 | Zelle payment to Julio Nunez Gap Funding for "Loan"; Conf# pvliizami | -3,000.00 |
| 04/01/26 | Zelle payment to Roofing Plainfield for "Siding 946 stelle ave job"; Conf# j6wm4wggd | -2,500.00 |
| 04/01/26 | BKOFAMERICA BC 04/01 #000004714 WITHDRWL | -4,500.00 |
| 04/01/26 | KEEP THE CHANGE TRANSFER TO ACCT 0195 FOR 04/01/26 | -2.96 |
| 04/02/26 | CHECKCARD 0331 PAR*SMOOTHIE KING SK172 CLARK      NJ 24445006091100140961002 | -14.17 |
| 04/02/26 | CHECKCARD 0401 WELSH FARM FOOD STORE SOUTH PLAINFINJ 24755426092130921122923 | -7.28 |
| 04/02/26 | Zelle payment to Chris Escobar for "500 pleaseant"; Conf# l7iznr76e | -2,500.00 |
| 04/02/26 | KEEP THE CHANGE TRANSFER TO ACCT 0195 FOR 04/02/26 | -1.55 |
| 04/03/26 | Zelle payment to Johnny Sheetrock for "946 Stella ave Plainfield"; Conf# pes3pmxuj | -750.00 |
| 04/03/26 | Zelle payment to Jason Belin for "My credit union"; Conf# kwuxwdpyd | -300.00 |
| 04/06/26 | Zelle payment to ELITE WORLD CONSTRUCTION LLC Conf# ksipzzzim | -1,000.00 |
| 04/06/26 | PAI ATM    04/05 #000006653 WITHDRWL PAI ATM        NEWARK    NJ | -122.99 |
| 04/06/26 | WAL-MART #5111 04/06 #000236088 PURCHASE 1501 US HIGHWAY 2 WATCHUNG        NJ | -157.03 |
| 04/06/26 | THE HOME DEPOT 04/06 #000704056 PURCHASE THE HOME DEPOT #0 WATCHUNG    NJ | -139.90 |
| 04/06/26 | Zelle payment to elite world co Conf# kllnz6kh2 | -500.00 |
| 04/06/26 | Zelle payment to danny auto Conf# kmycwv76k | -100.00 |
| 04/06/26 | CVS/PHARMACY # 04/06 #000153091 PURCHASE CVS/PHARMACY #02   SOUTH PLAINFI NJ | -167.33 |
| 04/06/26 | KEEP THE CHANGE TRANSFER TO ACCT 0195 FOR 04/06/26 | -1.74 |
| 04/07/26 | CHECKCARD 0406 GOLDEN ANCHOR LIQUOR & PLAINFIELD   NJ 24692166096105635675170 | -56.50 |
| 04/07/26 | CHECKCARD 0406 AMERICAN WATER WORKS CO 856-346-8200 NJ 24036296096712475074552 | -404.80 |
| 04/07/26 | LOWE'S #692    04/07 #000311640 PURCHASE LOWE'S #692      PISCATAWAY   NJ | -263.58 |
| 04/07/26 | KEEP THE CHANGE TRANSFER TO ACCT 0195 FOR 04/07/26 | -1.12 |
| 04/08/26 | CHECKCARD 0407 THE ROOFING OUTLET INC. HILLSIDE    NJ 24183106097900016124710 | -402.61 |
| 04/08/26 | THE HOME DEPOT 04/08 #000222106 PURCHASE THE HOME DEPOT #0 WATCHUNG    NJ | -500.67 |
| 04/08/26 | CHECKCARD 0408 24HourFitness Carlsbad    CA | -61.83 |
| 04/08/26 | KEEP THE CHANGE TRANSFER TO ACCT 0195 FOR 04/08/26 | -0.89 |
| 04/10/26 | CHECKCARD 0409 PLAINFIELD AUTO & SERV PLAINFIELD  NJ 24765016100710117226294 | -106.34 |
| 04/10/26 | Zelle payment to Kevin Jefferson Conf# l97xw2m85 | -380.00 |

continued on the next page

JASON RANDELL BELIN   |   Account # ~~██████~~   |   March 25, 2026 to April 23, 2026

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 04/10/26 | KEEP THE CHANGE TRANSFER TO ACCT 0195 FOR 04/10/26 | -0.66 |
| 04/13/26 | Zelle payment to Nakera for "Sports"; Conf# pr72jsuh2 | -250.00 |
| 04/13/26 | PNC BANK      04/13 #000005639 WITHDRWL PNC BANK      PLAINFIELD   NJ | -400.00 |
| 04/14/26 | Zelle payment to Zero Conf# mr2dlfpwp | -150.00 |
| 04/14/26 | Zelle payment to Kayla Belin Conf# rx7kir8mu | -50.00 |
| 04/14/26 | BKOFAMERICA ATM 04/14 #000005140 WITHDRWL NORTH PLAINFIELD   NORTH PLAINFI NJ | -1,000.00 |
| 04/14/26 | Zelle payment to juan Perez for "Job"; Conf# psrj6vnto | -250.00 |
| 04/15/26 | Zelle payment to Zero Conf# lpcobjs0t | -250.00 |
| 04/15/26 | PNC BANK      04/15 #000008025 WITHDRWL PNC BANK      S PLAINFIELD  NJ | -400.00 |
| 04/15/26 | TROPICAL SUP-7  04/15 #000072271 WITHDRWL TROPICAL SUP-7745  SOUTH PLAINFI NJ | -203.50 |
| 04/16/26 | Zelle payment to Eric Lewis Conf# lwp45fb71 | -250.00 |
| 04/16/26 | Zelle payment to Jason Belin Conf# qqnvlgbpy | -100.00 |
| 04/20/26 | Zelle payment to Kevin Jefferson for "Piscataway job"; Conf# on6d7jbi2 | -250.00 |
| 04/21/26 | Zelle payment to Zero for "Hair braiding"; Conf# nzsg3b6qx | -150.00 |
| 04/21/26 | Zelle payment to Jason Belin Conf# pcv9bq9sv | -30.00 |
| 04/22/26 | PURCHASE  0421 LEMONAID HEALTH LEMONAIDHEALTCA | -50.00 |

**Total withdrawals and other subtractions**     **-$76,716.49**

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 03/25/26 | Monthly Maintenance Fee | -25.00 |
| 04/06/26 | PAI ATM      04/05 #000006653 WITHDRWL PAI ATM      NEWARK NJ  FEE | -2.50 |
| 04/13/26 | PNC BANK      04/13 #000005639 WITHDRWL PNC BANK PLAINFIELD   NJ  FEE | -2.50 |
| 04/15/26 | PNC BANK      04/15 #000008025 WITHDRWL PNC BANK   S PLAINFIELD  NJ  FEE | -2.50 |
| 04/15/26 | TROPICAL SUP-7  04/15 #000072271 WITHDRWL TROPICAL SUP-7745 SOUTH PLAINFI NJ  FEE | -2.50 |

**Total service fees**     **-$35.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

 **BANK OF AMERICA**

Account number:

# Your Bank of America Advantage Savings

**JASON RANDELL BELIN**

## Account summary

| | |
|---|---|
| Beginning balance on March 25, 2026 | $0.94 |
| Deposits and other additions | 5,063.06 |
| Withdrawals and other subtractions | -5,049.00 |
| Service fees | -5.00 |
| **Ending balance on April 23, 2026** | **$10.00** |

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $0.01.*

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 03/26/26 | Zelle payment from  DEMONTA SEAWRIGHT Conf# 022L4ZMPL | 50.00 |
| 03/30/26 | Online Banking transfer from CHK 0182 Confirmation# 4490073713 | 5,000.00 |
| 03/31/26 | KEEPTHECHANGE CREDIT FROM ACCT0182 EFFECTIVE 03/30 | 0.36 |
| 04/01/26 | KEEPTHECHANGE CREDIT FROM ACCT0182 EFFECTIVE 03/31 | 3.77 |
| 04/02/26 | KEEPTHECHANGE CREDIT FROM ACCT0182 EFFECTIVE 04/01 | 2.96 |
| 04/03/26 | KEEPTHECHANGE CREDIT FROM ACCT0182 EFFECTIVE 04/02 | 1.55 |
| 04/07/26 | KEEPTHECHANGE CREDIT FROM ACCT0182 EFFECTIVE 04/06 | 1.74 |
| 04/08/26 | KEEPTHECHANGE CREDIT FROM ACCT0182 EFFECTIVE 04/07 | 1.12 |
| 04/09/26 | KEEPTHECHANGE CREDIT FROM ACCT0182 EFFECTIVE 04/08 | 0.89 |
| 04/13/26 | KEEPTHECHANGE CREDIT FROM ACCT0182 EFFECTIVE 04/10 | 0.66 |
| 04/23/26 | Interest Earned | 0.01 |
| **Total deposits and other additions** | | **$5,063.06** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 03/27/26 | PNC BANK        03/26 #000002616 WITHDRWL PNC BANK        PISCATAWAY   NJ | -50.00 |
| 04/06/26 | BKOFAMERICA ATM 04/04 #000007294 WITHDRWL WATCHUNG SQUARE   WATCHUNG     NJ | -1,000.00 |
| 04/06/26 | CHASE        04/04 #000020623 WITHDRWL CHASE        PLAINFIELD   NJ | -304.00 |
| 04/06/26 | Mobile transfer to CHK 5963 Confirmation# ne7iulisa; | -800.00 |

*continued on the next page*

JASON RANDELL BELIN   |   Account # 3███████   |   March 25, 2026 to April 23, 2026

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 04/06/26 | Zelle payment to Johnny Sheetrock for "946 stelle ave job"; Conf# n2tc7lzap | -750.00 |
| 04/08/26 | Zelle payment to Vondell Scott for "Willingbro"; Conf# o04p8aq1m | -500.00 |
| 04/08/26 | Zelle payment to Roofing Plainfield for "946 stelle"; Conf# kzzaxzy81 | -1,000.00 |
| 04/10/26 | Zelle payment to Zero for "Cleaning"; Conf# mzrc3vkes | -300.00 |
| 04/10/26 | Zelle payment to Zero Conf# ltappq4tr | -100.00 |
| 04/13/26 | Zelle payment to Dorian Rawlinson Conf# oyzgybtmj | -150.00 |
| 04/20/26 | Zelle payment to Jason Belin Conf# p3fats36p | -50.00 |
| 04/21/26 | Zelle payment to Jason Belin Conf# rfaze7qup | -45.00 |

**Total withdrawals and other subtractions**     **-$5,049.00**

## Service fees

| Date | Transaction description | | Amount |
|------|------------------------|--|--------|
| 03/27/26 | PNC BANK       03/26 #000002616 WITHDRWL PNC BANK PISCATAWAY   NJ   FEE | | -2.50 |
| 04/06/26 | CHASE         04/04 #000020623 WITHDRWL CHASE | PLAINFIELD NJ   FEE | -2.50 |

**Total service fees**     **-$5.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**PLEASE READ THIS DOCUMENT CAREFULLY. WE ARE ADDING AN ARBITRATION PROVISION TO YOUR EXISTING DEPOSIT AGREEMENT AND DISCLOSURES FOR YOUR PERSONAL DEPOSIT ACCOUNT (WHICH MAY BE REFERRED TO AS "CONSUMER DEPOSIT ACCOUNT") — IT CONTAINS AN AGREEMENT TO ARBITRATE AND OTHER IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS, REMEDIES, AND OBLIGATIONS.**

THE AGREEMENT TO ARBITRATE REQUIRES (WITH LIMITED EXCEPTION) THAT ALL DISPUTES BETWEEN YOU AND US BE RESOLVED BY BINDING ARBITRATION WHENEVER EITHER PARTY CHOOSES TO SUBMIT A DISPUTE TO ARBITRATION OR EITHER PARTY REFERS A LAWSUIT FILED BY THE OTHER TO ARBITRATION. ADDITIONALLY, (1) YOU WILL ONLY BE PERMITTED TO PURSUE CLAIMS ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING, AND (2) YOU MAY NOT BE ABLE TO HAVE ANY CLAIMS YOU HAVE AGAINST US RESOLVED BY A JURY OR IN A COURT OF LAW.

**Personal Deposit Accounts**

All personal deposit accounts including any personal checking, savings, Certificate of Deposit (CD) or time deposit accounts will be subject to the Arbitration Agreement for Disputes Relating to Personal Accounts. The amendment is included below.

**You can opt out of this arbitration provision:**

**You must contact us within sixty (60) days of the date of this statement. If you are enrolled in Online Banking, you can opt out at bankofamerica.com/arbitration-optout. If you are not enrolled in Online Banking or would prefer to opt out by phone, you must call us at 800.283.8875.**

*Bank of America – Arbitration Agreement for Disputes Relating to Personal Accounts*
*[This provision will apply to the Resolving Claims section of the Deposit Agreement and Disclosures ("Agreement")]*

**Arbitration Agreement for Disputes Relating to Personal Accounts**

This arbitration agreement requires that all disputes between you and us be resolved by binding arbitration whenever either party chooses to submit a dispute to arbitration or either party refers a lawsuit filed by the other to arbitration. By means of this arbitration agreement, each party waives the right to have any dispute heard in court whenever either party chooses to submit or refer such dispute to arbitration, subject to the limitations set forth further below in the Scope of Arbitration section. This arbitration agreement is entered into pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA") with respect to both substance and procedure. You and we agree that either of us may elect to proceed by arbitration, that the goal of proceeding in arbitration shall be to achieve effective, efficient, and less costly resolution between you and us, and that this arbitration agreement shall be interpreted and applied to achieve that goal.

YOU HAVE A RIGHT TO OPT OUT OF THIS AGREEMENT TO ARBITRATE. UNLESS YOU OPT OUT OF ARBITRATION IN THE MANNER DESCRIBED BELOW, YOU AND WE ARE WAIVING THE RIGHT TO HAVE OUR DISPUTE HEARD BEFORE A JUDGE OR OTHERWISE TO BE DECIDED BY A COURT. YOU AND WE ARE WAIVING ANY ABILITY TO ASSERT OR PARTICIPATE IN A CLASS, REPRESENTATIVE, OR CONSOLIDATED PROCEEDING, WHETHER IN COURT OR IN ARBITRATION, AND TO HAVE ANY CLAIMS HEARD BY A JURY. ALL DISPUTES, EXCEPT AS STATED BELOW, MUST BE RESOLVED BY BINDING ARBITRATION WHEN EITHER YOU OR WE REQUEST IT.

**Scope of Arbitration**

Claims or disputed factual or legal issues between you and us that arise out of or relate in any way to this Agreement, the deposit account, or any aspect of the deposit relationship are subject to and must be decided by arbitration, unless arbitration is prohibited by law. Additionally, any claims or disputed factual or legal issue arising from or relating in any way to the advertising of our products relating to or under this Agreement, or the application for, or the denial, approval or establishment of your account are included. Claims or disputed factual or legal issues (whether in contract, tort, statutory or otherwise) that

Continued on next page

Continued from previous page

fall within the scope of this arbitration provision are subject to arbitration regardless of what legal claim or theory they are based on or whether they seek legal, equitable, or statutory remedies. Arbitration applies to any and all such claims or disputed factual or legal issues, whether they arose in the past, may currently exist, or may arise in the future. All such claims or disputed factual or legal issues are hereinafter referred to in this section as "Claims." To the extent permitted by law, the discovery exchanged between the Bank and you as to any Claim is presumptively limited to the exchange of documents directly relevant to the Claim, absent an order from the arbitrator that good cause exists to require the exchange of additional discovery. The only exception to arbitration of Claims is that both you and we have the right to pursue a Claim in a small claims court instead of arbitration, if the Claim is in that court's jurisdiction and proceeds on an individual basis, whereas Claims in other courts may be compelled into arbitration by either party.

**Waiver of Class, Jury and Other Non-Individualized Relief**
By accepting this arbitration agreement you GIVE UP YOUR RIGHT TO GO TO COURT except for matters that may be taken to a small claims court or as otherwise provided for in this agreement. Arbitration will proceed on an INDIVIDUAL BASIS, so class actions, consolidated actions, and similar proceedings will NOT be available to you.

Claims in arbitration will proceed only on an individual basis. Additionally, you may not join your Claims with other persons on other accounts in the arbitration; each person must arbitrate his or her own claims separately and individually. UNLESS YOU OPT OUT OF THIS AGREEMENT TO ARBITRATE, YOU AND WE ARE WAIVING THE RIGHT TO ASSERT OR PARTICIPATE IN A CLASS ACTION, OR ANY REPRESENTATIVE OR CONSOLIDATED PROCEEDING IN COURT OR IN ARBITRATION, AND ARE WAIVING THE RIGHT TO HAVE A JURY DECIDE ANY CLAIM, AS PERMITTED BY LAW. The arbitrator shall have no authority to entertain any Claim as a class action or on any other similar representative basis, nor shall the arbitrator have any authority to consolidate Claims brought by separate claimants (except for claimants on the same account). This means that the arbitrator also shall have no authority to make any award for the benefit of, or against, any person other than the individual who is the named party. If these terms prohibiting class, representative, or consolidation procedures are held to be legally unenforceable for any reason with respect to a Claim, then the Claim must be handled through litigation in court instead of by arbitration, subject to the parties' agreement to waive the right to have a jury decide any Claim.

For individual Claims filed as part of a "mass arbitration," as that term is defined herein, the additional requirements set forth in the "Mass Arbitration" section below shall apply.

**Opt-out of Arbitration Agreement**
You have the right to opt out of this agreement to arbitrate for personal accounts. If you are enrolled in Online Banking, you can opt out at www.bankofamerica.com/arbitration-optout. If you are not enrolled in Online Banking or would prefer to opt out by phone, you must call us at 800.283.8875. You must opt out within sixty (60) days of first delivery of this Arbitration Agreement. Any other method, form, or means of opting out shall be treated as being invalid or ineffective. If you already have pending litigation or arbitration against/with us when you opt out, any request to opt out of this arbitration clause will not apply to that litigation or arbitration. This agreement to arbitrate will apply without limitation, regardless of whether 1) your account is closed, sold, or assigned; 2) you pay us in full any outstanding debt you owe; or 3) you file for bankruptcy. Opting out of this agreement to arbitrate will not affect or opt out of the other provisions of this Agreement. If you validly opt out of this agreement to arbitrate, your decision to opt out will apply only to this arbitration agreement and not any other arbitration agreement or any accounts for which the opt out period has already passed.

**Arbitrator**
Arbitrations between us shall be administered by the American Arbitration Association ("AAA") (www.adr.org). The AAA shall apply its Consumer Arbitration Rules in effect at the time the arbitration is commenced and the Mass Arbitration Supplementary Rules to mass arbitration matters. A single arbitrator shall conduct proceedings under the Consumer Arbitration Rules, and a Process Arbitrator and single Merits Arbitrator shall conduct each mass arbitration case. If there is a conflict between the applicable AAA rules and procedures and this arbitration agreement, this arbitration agreement will control. In the

Continued on next page

Continued from previous page

event that AAA is unable to handle the Claim for any reason, then the matter shall be arbitrated instead by a neutral arbitrator selected by agreement of the parties (or, if the parties cannot agree, selected by a court in accordance with the FAA), pursuant to the AAA rules of procedure. The arbitrator will have the power to award to a party any damages or relief as permitted by the law and the agreement between you and us (including the limitations set forth below). All pleadings, information and documents exchanged, and the arbitrator's ruling shall be treated as confidential and have no precedential value. However, if either party seeks to confirm the arbitrator's decision in court, the parties agree that the documents necessary for such confirmation need not be filed under seal.

## Authority of Arbitrator

The parties agree that, upon motion by either of us, any arbitrator shall have the power to decide dispositive issues of law prior to a full merits hearing, consistent with Federal Rules of Civil Procedure 12 and 56, and will decide the Claim in accordance with all applicable substantive law and recognized principles of equity. The arbitrator will determine whether the claimant has completed the steps necessary to initiate the suit. The arbitrator will construe the Claim under the applicable statutes of limitations provided for under the governing law. The arbitrator will honor all claims of privilege recognized by law. The arbitrator will have the power to award to a party any damages or relief as permitted by the law and the agreement between you and us (including the limitations set forth above). In addition, the arbitrator has the same power as a federal court to impose sanctions against any represented party or counsel for any violation of the standards of Federal Rule of Civil Procedure 11(b) or 28 U.S.C. § 1927.

## Delegation of Authority to Arbitrator

All issues are for the arbitrator to decide, including the scope of his or her own jurisdiction, and the arbitrability of individual Claims, except that questions of whether the parties have entered into an agreement to arbitrate are for a court of competent jurisdiction to decide.

For disputes regarding the existence of this Agreement, or for any Claims that the arbitrator determines are not arbitrable, the parties consent to jurisdiction and venue in an appropriate court in the state where the deposit account is located.

## Arbitration Demand Filing Requirements

In addition to the requirements set forth in the AAA rules, you agree that upon commencing a case with the AAA, you will provide your name, full account number, mailing address, telephone number, email address, a factual description of every disputed transaction for which you seek compensation (date, amount, and transaction type) and/or event (date, location, and individuals involved), explanation of the basis of your Claim, an itemized calculation of all alleged damages, and, if represented by counsel, a signed statement authorizing us to share information regarding your account and the Claim with them. You must personally sign the demand for arbitration (and your counsel must also sign the demand, if you are represented by counsel). By submitting an arbitration demand, you (and your counsel, if you are represented) represent that, as in court, you are complying with the requirements of Federal Rule of Civil Procedure 11(b). You agree and understand that failure to provide this information may result in dismissal of your Claim, though you have the right to refile once you provide the information described in this section.

## Allocation of Fees

Each party will be responsible for the arbitration fees as allocated by the applicable AAA rules (www.adr.org).

## Fee-shifting and Sanctions

The arbitrator is authorized to afford any relief or impose any sanctions available under the substantive standards established by Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or any applicable state law on represented parties and their counsel. If the arbitrator finds that either the substance of your or our claim or the relief sought was frivolous, without sufficient reasonable inquiry and/or a good faith basis, or was brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b), and/or under 28 U.S.C. § 1927), the arbitrator may reallocate compensation, expenses, and administrative fees (which include filing and hearing fees) as justice requires, and as permitted by applicable law.

Continued on next page

Continued from previous page

## Mass Arbitration

You agree that these additional requirements ("Mass Arbitration Procedures") shall apply to your Claim if it is filed as part of a "mass arbitration," which means twenty-five (25) or more arbitration claims involving the same or similar subject matter and/or issues of law or fact, and where representation of all claimants is the same or coordinated across the cases. You understand and agree that these procedures related to mass arbitrations will apply and that they are designed to (a) lead to the streamlined and cost-effective resolution of claims, consistent with the goal of this arbitration agreement; (b) ensure that large volume filings do not impose unnecessary burdens or impediments to the resolution and cost-effective adjudication of your Claim and similar claims; and (c) preserve the integrity of the arbitration process. You agree to these procedures even though they may delay the arbitration of your individual Claim. If at any point you are unsatisfied with the speed by which your matter is proceeding in mass arbitration, you are free to withdraw your arbitration demand and proceed in small claims court if the Claim is in that court's jurisdiction and proceeds on an individual basis.

### Process Arbitrator Appointment

You and the Bank agree that before an arbitrator is assigned to determine the merit of your Claim, a "Process Arbitrator" will be appointed. The Process Arbitrator will have the authority to ensure these Mass Arbitration Procedures and the AAA rules are followed. The parties agree that the Process Arbitrator will be selected by the process set forth in AAA Mass Arbitration Supplementary Rules or any equivalent AAA rule then in effect, or consistent with the process set forth herein in the absence of any AAA rule. In short, each party will receive a list of proposed Process Arbitrators provided by the AAA and will meet and confer to identify a mutually-agreeable candidate. If the parties cannot agree, they will submit their preferences to the AAA, and the AAA will select a Process Arbitrator.

### Process Arbitrator Authority

In addition to the authority outlined in the AAA Mass Arbitration Supplementary Rules, the parties agree that the Process Arbitrator shall be empowered to resolve any dispute regarding whether your Claim should be dismissed because, for example, you failed to comply with the Mass Arbitration Filing Requirements, any other requirements outlined in this agreement, or as permitted to address dismissal as would be permitted under the Federal Rules of Civil Procedure, including Federal Rule of Civil Procedure 12. You agree that if the Process Arbitrator finds you failed to comply with any requirement, your Claim will be dismissed, without prejudice to refiling once the deficiencies are remedied. The Process Arbitrator will also have the power to decide whether, based on the information submitted in the Mass Arbitration Filing Requirements and/or pursuant to any alternative filing requirements then in effect, there are other threshold eligibility issues for your case to proceed, including but not limited to whether you had an account with the Bank, experienced the transaction, fee, or event at issue, or otherwise cannot pursue the claim due to a clear legal or factual deficiency, and to dismiss your Claim as appropriate. The Process Arbitrator shall have the power to determine whether or not a given dispute regarding these Mass Arbitration Filing Requirements and/or Procedures are within the Process Arbitrator's jurisdiction. The Process Arbitrator shall be authorized to afford any relief or impose any sanctions available under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or any applicable state law.

### Mass Arbitration Procedure

Following the resolution of any disputes within the jurisdiction of the Process Arbitrator, if any, counsel for the claimants and counsel for the Bank shall each select fifteen (15) cases (per side) to proceed first in individual arbitration proceedings on the merits of each claim. Unless the parties otherwise agree, in no event shall any individual Merits Arbitrator be assigned more than five (5) cases. The parties agree that each side shall have the right to have fifteen (15) cases of their choosing proceed to final hearing, which shall occur within ninety (90) days of the selection of the cases (unless the parties agree to a different time period), before the process described in this section moves forward. After the first thirty (30) cases are resolved, counsel will meet and confer regarding ways to improve the efficiency of the proceedings, including whether to pursue settlement discussions or mediation or to change the number of cases filed in each stage. If the parties are unable to resolve the remaining cases after the conclusion of the initial thirty (30) proceedings and conferring in good faith, each side shall select another fifteen (15) cases per side to proceed to individual arbitration proceedings, which shall occur within ninety (90) days of the selection of the cases (unless the parties agree to a different time period). Each of

Continued on next page

Continued from previous page

these thirty (30) cases shall be assigned to a different Merits Arbitrator, though if the parties otherwise agree, a single Merits Arbitrator may be assigned up to five (5) cases. After this second set of thirty (30) cases are resolved, counsel will again meet and confer regarding ways to improve the efficiency of the proceedings, including whether to pursue settlement discussions or mediation or change the number of cases filed in each stage. If the parties do not reach a global resolution after the second set of cases are resolved, on either party's motion, the Process Arbitrator can decide to expedite the proceedings by forgoing more rounds of case selection and instead assigning Merits Arbitrators to all of the remaining cases at once. If no motion is made, this Mass Arbitration Procedure shall continue with thirty (30) cases in each set of proceedings, consistent with the parameters identified above. You and the Bank agree to engage in these Mass Arbitration Procedures in good faith, which includes an agreement to pay the parties' respective case fee if your case is selected. Any dispute regarding any aspect of the specific Mass Arbitration Procedures outlined in this section shall be resolved by the Process Arbitrator.

**Mass Arbitration Fees**
No AAA per case fee shall be assessed in connection with any case until the case is selected to proceed to individual arbitration proceedings as part of the process identified in this section.

**Interpretation and Enforcement of Mass Arbitration Procedure**
Any dispute regarding the interpretation or enforcement of these Mass Arbitration Procedures shall be decided by the Process Arbitrator or, in cases that have been released to merits proceedings, the Merits Arbitrator. Their decisions regarding the Mass Arbitration Procedures shall be considered interlocutory in nature and not subject to immediate judicial review. If any terms of these Mass Arbitration Procedures are found to be legally unenforceable for any reason, then the proceedings shall otherwise continue in arbitration in accordance with AAA's Mass Arbitration Supplementary Rules, or any equivalent AAA rule then in effect.

**Survival and Severability of Terms**
These arbitration provisions shall survive changes in this Agreement and termination of the account or the relationship between you and us, including the bankruptcy of any party and any sale or assignment of your account, or amounts owed on your account, to another person or entity. If any part of this Agreement is deemed invalid or unenforceable, the other terms shall remain in force, except that there can be no arbitration of a class or representative Claim. This arbitration provision may not be amended, severed or waived, except as provided in this Agreement or in a written agreement between you and us.

**Effect of Arbitration Award; Appeal**
The arbitration ruling will be considered final and binding, and enforceable by any court having jurisdiction. No party may seek an appeal of the arbitration ruling, except as provided under the FAA.

JASON RANDELL BELIN   |   Account #⬛⬛⬛⬛⬛⬛⬛   |   March 25, 2026 to April 23, 2026

This page intentionally left blank



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 Customer service: 1.800.432.1000

En Español: 1.800.688.6086

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

JASON RANDELL BELIN
1209 CENTRAL AVE
PLAINFIELD, NJ 07060-2814

# Your combined statement

for April 24, 2026 to May 21, 2026

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Relationship Banking | | $375.00 | Page 3 |
| Bank of America Advantage Savings | | $3.28 | Page 7 |
| **Total balance** | | **$378.28** | |

SHOP. View inventory of over 1 million vehicles.
APPLY. Get a decision for the vehicle you choose — it is quick and easy.
DRIVE. Finalize the paperwork at the dealer.
Start your next car search with us, online and on your own time.
**Scan this code and start shopping or visit bankofamerica.com/carshopping**
When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Vehicle financing provided by Bank of America. Credit and collateral are subject to approval. Terms and conditions apply.
Automobile shopping content provided by automobile dealerships through a website provided by a third party not affiliated
with Bank of America. Bank of America is not responsible for any automobile content, products or services.
Bank of America N.A. Member FDIC. © 2025 Bank of America Corporation.



SSM-05-25-0373.C | 7972973

JASON RANDELL BELIN  |  Account # ~~[redacted]~~  |  April 24, 2026 to May 21, 2026

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2026 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

 **BANK OF AMERICA**

Account number

# Your Adv Relationship Banking

**JASON RANDELL BELIN**

## Account summary

| | |
|---|---|
| Beginning balance on April 24, 2026 | $1.43 |
| Deposits and other additions | 2,808.65 |
| Withdrawals and other subtractions | -1,405.08 |
| Checks | -1,000.00 |
| Service fees | -30.00 |
| **Ending balance on May 21, 2026** | **$375.00** |

*Annual Percentage Yield Earned this statement period: 0.00%.*
*Interest Paid Year To Date: $0.06.*
*Your account is enrolled in Balance Connect™ for overdraft protection.  You can*
*manage your overdraft protection preferences, including linked accounts, in*
*Online and Mobile Banking.*

## Deposits and other additions

| Date | Description | | | Amount |
|---|---|---|---|---|
| 04/24/26 | BKOFAMERICA ATM 04/24 #000002203 DEPOSIT CLARK | CLARK | NJ | 600.00 |
| 05/07/26 | OVERDRAFT PROTECTION FROM 00381066610195 | | | 8.65 |
| 05/18/26 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 05-15) | | | 1,000.00 |
| 05/19/26 | BOFA FIN CTR   05/19 #000001867 DEPOSIT 336 Park Ave | Scotch Plains NJ | | 1,200.00 |
| **Total deposits and other additions** | | | | **$2,808.65** |



## Take your security to the next level

Check your security meter level and watch it rise as you take
action to help protect against fraud. See it in the Mobile Banking app
and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**



When you use the QRC feature, certain information is collected from your mobile device for
business purposes. Mobile Banking requires that you download the Mobile Banking app and
may not be available for select mobile devices. Message and data rates may apply.



SSM-01-25-2480.B  |  7528643

JASON RANDELL BELIN  |  Account #  |  April 24, 2026 to May 21, 2026

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 04/24/26 | Zelle payment to Jason Belin Conf# ju321sqmn | -150.00 |
| 04/27/26 | Zelle payment to ELITE WORLD CONSTRUCTION LLC Conf# quxu0c9iy | -150.00 |
| 04/28/26 | CHECKCARD 0427 SIMPLEMOBILE*AIRTIME 877-878-7908 FL 24692166117401742946439 | -29.05 |
| 04/28/26 | DOLLAR TREE    04/28 #000010063 PURCHASE 1620 PARK AVENUE   SOUTH PLAINFI NJ | -55.18 |
| 04/28/26 | Zelle payment to Jason Belin Conf# le0aoxj8g | -150.00 |
| 04/28/26 | KEEP THE CHANGE TRANSFER TO ACCT 0195 FOR 04/28/26 | -1.77 |
| 04/29/26 | CHECKCARD 0428 DUNKIN #358801 WARREN    NJ 24943006119421461255567 | -5.85 |
| 04/29/26 | KEEP THE CHANGE TRANSFER TO ACCT 0195 FOR 04/29/26 | -0.15 |
| 05/04/26 | CHECKCARD 0504 UBER *ONE MEMB San FranciscoCA | -2.99 |
| 05/04/26 | KEEP THE CHANGE TRANSFER TO ACCT 0195 FOR 05/04/26 | -0.01 |
| 05/06/26 | CHECKCARD 0505 WELSH FARM FOOD STORE SOUTH PLAINFINJ 24755426126121265796315 | -14.52 |
| 05/06/26 | KEEP THE CHANGE TRANSFER CANCELED-LOW ACCT BALANCE | -0.00 |
| 05/07/26 | CHECKCARD 0505 WENDY'S 217 SOUTH PLAINFINJ 24445006126500458903034 | -25.56 |
| 05/07/26 | KEEP THE CHANGE TRANSFER CANCELED-LOW ACCT BALANCE | -0.00 |
| 05/19/26 | CHECQUES   -1 05/19 #000763518 WITHDRWL CHECQUES   -1820 LINDEN      NJ | -220.00 |
| 05/20/26 | PNC BANK      05/20 #000006093 WITHDRWL PNC BANK         S PLAINFIELD NJ | -400.00 |
| 05/21/26 | Zelle payment to Jason Belin Conf# mmxemndx4 | -200.00 |

| **Total withdrawals and other subtractions** | | **-$1,405.08** |
|---|---|---|

## Checks

| Date | Check # | Amount |
|---|---|---|
| 05/15/26 | 9000 | -1,000.00 |

| **Total checks** | **-$1,000.00** |
|---|---|
| **Total # of checks** | **1** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 04/24/26 | Monthly Maintenance Fee | -25.00 |
| 05/19/26 | CHECQUES   -1 05/19 #000763518 WITHDRWL CHECQUES   -1820 LINDEN      NJ  FEE | -2.50 |
| 05/20/26 | PNC BANK      05/20 #000006093 WITHDRWL PNC BANK         S PLAINFIELD NJ  FEE | -2.50 |

| **Total service fees** | **-$30.00** |
|---|---|

*Note your Ending Balance already reflects the subtraction of Service Fees.*



**BANK OF AMERICA**

JASON RANDELL BELIN  |  Account #█████████  |  April 24, 2026 to May 21, 2026

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

JASON RANDELL BELIN  |  Account # ▓▓▓▓▓▓▓▓  |  April 24, 2026 to May 21, 2026

This page intentionally left blank

 **BANK OF AMERICA**

Account number ▓▓▓▓▓▓▓▓▓▓▓▓

# Your Bank of America Advantage Savings

**JASON RANDELL BELIN**

## Account summary

| | |
|---|---:|
| Beginning balance on April 24, 2026 | $10.00 |
| Deposits and other additions | 1.93 |
| Withdrawals and other subtractions | -8.65 |
| Service fees | -0.00 |
| **Ending balance on May 21, 2026** | **$3.28** |

*Annual Percentage Yield Earned this statement period: 0.00%.*
*Interest Paid Year To Date: $0.01.*

## Deposits and other additions

| Date | Description | Amount |
|---|---|---:|
| 04/29/26 | KEEPTHECHANGE CREDIT FROM ACCT0182 EFFECTIVE 04/28 | 1.77 |
| 04/30/26 | KEEPTHECHANGE CREDIT FROM ACCT0182 EFFECTIVE 04/29 | 0.15 |
| 05/05/26 | KEEPTHECHANGE CREDIT FROM ACCT0182 EFFECTIVE 05/04 | 0.01 |
| **Total deposits and other additions** | | **$1.93** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---:|
| 05/07/26 | OVERDRAFT PROTECTION TO 00000000381066610182 | -8.65 |
| **Total withdrawals and other subtractions** | | **-$8.65** |

This page intentionally left blank

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

JASON RANDELL BELIN
1209 CENTRAL AVE
PLAINFIELD, NJ 07060-2814

**Customer service information**

☐ Customer service: 1.800.432.1000

En Español: 1.800.688.6086

☑ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your combined statement

for April 24, 2026 to May 21, 2026

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| Adv Relationship Banking | ~~███████~~ | $375.00 | Page 3 |
| Bank of America Advantage Savings | ~~███████~~ | $3.28 | Page 7 |
| **Total balance** | | **$378.28** | |

SHOP. View inventory of over 1 million vehicles.
APPLY. Get a decision for the vehicle you choose — it is quick and easy.
DRIVE. Finalize the paperwork at the dealer.
Start your next car search with us, online and on your own time.
**Scan this code and start shopping or visit bankofamerica.com/carshopping**
When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Vehicle financing provided by Bank of America. Credit and collateral are subject to approval. Terms and conditions apply.
Automobile shopping content provided by automobile dealerships through a website provided by a third party not affiliated
with Bank of America. Bank of America is not responsible for any automobile content, products or services.
Bank of America N.A. Member FDIC. © 2025 Bank of America Corporation.



SSM-05-25-0373.C | 7972973

JASON RANDELL BELIN  |  Account # ▓▓▓▓▓▓▓▓  |  April 24, 2026 to May 21, 2026

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2026 Bank of America Corporation

**Bank of America, N.A. Member FDIC and 🏠 Equal Housing Lender**

 **BANK OF AMERICA** Account number

# Your Adv Relationship Banking

JASON RANDELL BELIN

## Account summary

| | |
|---|---:|
| Beginning balance on April 24, 2026 | $1.43 |
| Deposits and other additions | 2,808.65 |
| Withdrawals and other subtractions | -1,405.08 |
| Checks | -1,000.00 |
| Service fees | -30.00 |
| **Ending balance on May 21, 2026** | **$375.00** |

*Annual Percentage Yield Earned this statement period: 0.00%.*
*Interest Paid Year To Date: $0.06.*
*Your account is enrolled in Balance Connect™ for overdraft protection.  You can manage your overdraft protection preferences, including linked accounts, in Online and Mobile Banking.*

## Deposits and other additions

| Date | Description | | Amount |
|---|---|---|---:|
| 04/24/26 | BKOFAMERICA ATM 04/24 #000002203 DEPOSIT CLARK | CLARK        NJ | 600.00 |
| 05/07/26 | OVERDRAFT PROTECTION FROM 00381066610195 | | 8.65 |
| 05/18/26 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 05-15) | | 1,000.00 |
| 05/19/26 | BOFA FIN CTR   05/19 #000001867 DEPOSIT 336 Park Ave | Scotch Plains NJ | 1,200.00 |
| **Total deposits and other additions** | | | **$2,808.65** |



# Take your security to the next level

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply.



SSM-01-25-2480.B  I  7528643

JASON RANDELL BELIN   |   Account # ▓▓▓▓▓   |   April 24, 2026 to May 21, 2026

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 04/24/26 | Zelle payment to Jason Belin Conf# ju321sqmn | -150.00 |
| 04/27/26 | Zelle payment to ELITE WORLD CONSTRUCTION LLC Conf# quxu0c9iy | -150.00 |
| 04/28/26 | CHECKCARD 0427 SIMPLEMOBILE*AIRTIME 877-878-7908 FL 24692166117401742946439 | -29.05 |
| 04/28/26 | DOLLAR TREE    04/28 #000010063 PURCHASE 1620 PARK AVENUE   SOUTH PLAINFI NJ | -55.18 |
| 04/28/26 | Zelle payment to Jason Belin Conf# le0aoxj8g | -150.00 |
| 04/28/26 | KEEP THE CHANGE TRANSFER TO ACCT 0195 FOR 04/28/26 | -1.77 |
| 04/29/26 | CHECKCARD 0428 DUNKIN #358801 WARREN     NJ 24943006119421461255567 | -5.85 |
| 04/29/26 | KEEP THE CHANGE TRANSFER TO ACCT 0195 FOR 04/29/26 | -0.15 |
| 05/04/26 | CHECKCARD 0504 UBER *ONE MEMB San FranciscoCA | -2.99 |
| 05/04/26 | KEEP THE CHANGE TRANSFER TO ACCT 0195 FOR 05/04/26 | -0.01 |
| 05/06/26 | CHECKCARD 0505 WELSH FARM FOOD STORE SOUTH PLAINFINJ 24755426126121265796315 | -14.52 |
| 05/06/26 | KEEP THE CHANGE TRANSFER CANCELED-LOW ACCT BALANCE | -0.00 |
| 05/07/26 | CHECKCARD 0505 WENDY'S 217 SOUTH PLAINFINJ 24445006126500458903034 | -25.56 |
| 05/07/26 | KEEP THE CHANGE TRANSFER CANCELED-LOW ACCT BALANCE | -0.00 |
| 05/19/26 | CHECQUES   -1 05/19 #000763518 WITHDRWL CHECQUES   -1820 LINDEN      NJ | -220.00 |
| 05/20/26 | PNC BANK       05/20 #000006093 WITHDRWL PNC BANK        S PLAINFIELD  NJ | -400.00 |
| 05/21/26 | Zelle payment to Jason Belin Conf# mmxemndx4 | -200.00 |

| **Total withdrawals and other subtractions** | | **-$1,405.08** |
|---|---|---|

## Checks

| Date | Check # | Amount |
|---|---|---|
| 05/15/26 | 9000 | -1,000.00 |
| **Total checks** | | **-$1,000.00** |
| **Total # of checks** | | **1** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 04/24/26 | Monthly Maintenance Fee | -25.00 |
| 05/19/26 | CHECQUES   -1 05/19 #000763518 WITHDRWL CHECQUES  -1820 LINDEN      NJ  FEE | -2.50 |
| 05/20/26 | PNC BANK       05/20 #000006093 WITHDRWL PNC BANK        S PLAINFIELD  NJ  FEE | -2.50 |

| **Total service fees** | | **-$30.00** |
|---|---|---|

*Note your Ending Balance already reflects the subtraction of Service Fees.*

**BANK OF AMERICA**

JASON RANDELL BELIN  |  Account # ▓▓▓▓▓▓▓  |  April 24, 2026 to May 21, 2026

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

This page intentionally left blank

 **BANK OF AMERICA**

Account number

# Your Bank of America Advantage Savings

**JASON RANDELL BELIN**

## Account summary

| | |
|---|---:|
| Beginning balance on April 24, 2026 | $10.00 |
| Deposits and other additions | 1.93 |
| Withdrawals and other subtractions | -8.65 |
| Service fees | -0.00 |
| **Ending balance on May 21, 2026** | **$3.28** |

*Annual Percentage Yield Earned this statement period: 0.00%.*
*Interest Paid Year To Date: $0.01.*

## Deposits and other additions

| Date | Description | Amount |
|---|---|---:|
| 04/29/26 | KEEPTHECHANGE CREDIT FROM ACCT0182 EFFECTIVE 04/28 | 1.77 |
| 04/30/26 | KEEPTHECHANGE CREDIT FROM ACCT0182 EFFECTIVE 04/29 | 0.15 |
| 05/05/26 | KEEPTHECHANGE CREDIT FROM ACCT0182 EFFECTIVE 05/04 | 0.01 |
| **Total deposits and other additions** | | **$1.93** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---:|
| 05/07/26 | OVERDRAFT PROTECTION TO 000000000381066610182 | -8.65 |
| **Total withdrawals and other subtractions** | | **-$8.65** |

This page intentionally left blank