Order Filed on August 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07361
Telephone: (201) 871-1333
Facsimile: (201) 871-3161
Attorneys for Debtor
By: Mark E. Norgaard, Esq. (MN-7407)
mnorgaard@norgaardfirm.com

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE |
| NAKERA TAMEKA SHERMAN-BELIN,<br>Debtor. | Chapter 13 |
| | Case No.25-13800-VFP |

**ORDER (I) HOLDING JASON BELIN IN CONTEMPT OF ORDER COMPELLING JASON BELIN TO COMPLY WITH RULE 2004 SUBPOENA; AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered (2) through (3), is hereby **ORDERED**.

**DATED: August 13, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

**THIS MATTER**, having been presented to the Court by Nakera Tameka Sherman-Belin (the "**Debtor**"), upon a motion (the "**Motion**") for entry of an order (i) Holding Jason Belin in Contempt of Order Compelling Jason Belin to Comply with Rule 2004 Subpoena; and (ii) granting such other and further relief as this Court deems just and equitable; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and (c) notice of the Motion was good and sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor and her estate; and after due deliberation and sufficient cause appearing therefore;

It is **ORDERED** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. Jason Belin is held to be in contempt of Court for failure to comply with the Court's June 23, 2026 Order.

3. Within fourteen (14) days of entry of the order Jason Belin shall provide full and complete responses to the Rule 2004 Subpoena, subject to any appropriate objections.

Debtor: Nakera Tameka Sherman-Belin
Case No. 25-13800 (VFP)
ORDER (I) HOLDING JASON BELIN IN CONTEMPT OF ORDER COMPELLING JASON BELIN TO COMPLY WITH RULE 2004 SUBPOENA; AND (II) GRANTING RELATED RELIEF

4. If Jason Belin fails to comply with this Order, he shall pay $25.00 per day, until full and complete responses to the Rule 2004 subpoena are provided, plus any additional fees and expenses to be awarded upon application and consideration of the Court.

5. Jason Belin shall compensate the Debtor for her reasonable fees and expenses incurred in connection with the Motion Compelling Compliance with Rule 2004 Subpoena and this Motion. Within ten (10) days of entry of this order the Debtor shall submit a certification of fees and services incurred in connection with same. Jason Belin shall have seven (7) days to object to same. The court shall consider submissions and enter an order based on same, without further hearing, unless a hearing is deemed necessary by the court.

6. Debtor's counsel shall serve a copy of this Order on Jason Belin by certified mail, return receipt requested and regular mail within three (3) business days of its entry.