NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07361
Telephone: (201) 871-1333
Facsimile: (201) 871-3161
Attorneys for Debtor
By: Mark E. Norgaard, Esq. (MN-7407)
mnorgaard@norgaardfirm.com

Order Filed on August 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>NAKERA TAMEKA SHERMAN-BELIN,<br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 13<br><br>Case No.25-13800-VFP |

**ORDER (I) HOLDING JASON BELIN IN CONTEMPT OF ORDER COMPELLING JASON BELIN TO COMPLY WITH RULE 2004 SUBPOENA; AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered (2) through (3), is hereby **ORDERED**.

**DATED: August 13, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

**THIS MATTER**, having been presented to the Court by Nakera Tameka Sherman-Belin (the "**Debtor**"), upon a motion (the "**Motion**") for entry of an order (i) Holding Jason Belin in Contempt of Order Compelling Jason Belin to Comply with Rule 2004 Subpoena; and (ii) granting such other and further relief as this Court deems just and equitable; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and (c) notice of the Motion was good and sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor and her estate; and after due deliberation and sufficient cause appearing therefore;

It is **ORDERED** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. Jason Belin is held to be in contempt of Court for failure to comply with the Court's June 23, 2026 Order.

3. Within fourteen (14) days of entry of the order Jason Belin shall provide full and complete responses to the Rule 2004 Subpoena, subject to any appropriate objections.

4. If Jason Belin fails to comply with this Order, he shall pay $25.00 per day, until full and complete responses to the Rule 2004 subpoena are provided, plus any additional fees and expenses to be awarded upon application and consideration of the Court.

5. Jason Belin shall compensate the Debtor for her reasonable fees and expenses incurred in connection with the Motion Compelling Compliance with Rule 2004 Subpoena and this Motion. Within ten (10) days of entry of this order the Debtor shall submit a certification of fees and services incurred in connection with same. Jason Belin shall have seven (7) days to object to same. The court shall consider submissions and enter an order based on same, without further hearing, unless a hearing is deemed necessary by the court.

6. Debtor's counsel shall serve a copy of this Order on Jason Belin by certified mail, return receipt requested and regular mail within three (3) business days of its entry.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-13800-VFP
Nakera Tameka Sherman-Belin Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Aug 14, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakera Tameka Sherman-Belin, 133 Rutgers Road, Piscataway, NJ 08854-3412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Nakera Tameka Sherman-Belin bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang.b124931@notify.bestcase.com |
| Laurence R. Sheller | on behalf of Unknown Role Type Jason Belin laurence.sheller@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark E Norgaard | on behalf of Debtor Nakera Tameka Sherman-Belin mnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.marke.b124931@notify.bestcase.com |
| Matthew K. Fissel | |

| | |
|---|---|
| | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Thomas B. O'Connell | on behalf of Creditor Affinity Federal Credit Union toconnell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9