| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>NORGAARD, O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, NJ 07361<br>Telephone: (201) 871-1333<br>Fascimile: (201) 871-3161<br>Attorneys for Debtor<br>By: Brian G. Hannon, Esq. - (BH-3645)<br>bhannon@norgaardfirm.com | Case No.:<br>Chapter: | 25-13800<br>13 |
| In Re:<br>Nakera Tamkea Sherman-Belin,<br>Debtor. | Adv. No.:<br>Hearing Date:<br>Judge: | <br>N/A<br>VFP |

## CERTIFICATION OF SERVICE

1. I, David Takach :

☐ represent ______________________ in this matter.

☒ am the secretary/paralegal for Norgaard, O'Boyle & Hannon, who represents the Debtor in this matter.

☐ am the ______________________ in this case and am representing myself.

2. On August 17, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Filed Order Holding Jason Belin in Contempt of Order to Compelling Jason Belin to Comply with Rule 2004 Subpeona and Granting Related Relief

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/17/2026

/s/ David Takach
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie−Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd, Ste 330<br>Fairfield, NJ 07004−1550 | Standing Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nakera Tameka Sherman-Belin<br>133 Rutgers Rd<br>Piscataway, NJ 08854 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jason Belin<br>1209 Central Avenue<br>Plainfield, NJ 07060 | Debtor's Ex-Husband | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Laurence R. Sheller, Esq.<br>826 Alexander Rd.<br>Princeton, New Jersey 08540 | Counsel for Mr. Belin-NOA | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Randy P. Davenport, Esq.<br>Law Office of Randy P. Davenport<br>133 Westfield Avenue<br>Clark, New Jersey 07066 | Debtor's Divorce Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |