Order Filed on August 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07361
Telephone: (201) 871-1333
Facsimile: (201) 871-3161
Attorneys for Debtor
By: Mark E. Norgaard, Esq. (MN-7407)
mnorgaard@norgaardfirm.com

| | | |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE |
| NAKERA TAMEKA SHERMAN-BELIN,<br>Debtor. | : | Chapter 13 |
| | : | Case No.25-13800-VFP |

**ORDER (I) AWARDING DEBTOR'S REASONABLE ATTORNEYS' FEES AND EXPENSES IN CONNECTION WITH MOTIONS; (II) DIRECTING JASON BELIN TO TENDER PAYMENT TO DEBTOR'S COUNSEL and (III) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered (2) through (3), is hereby **ORDERED**.

**DATED: August 25, 2026**

Vincent F. Papalia
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor: Nakera Tameka Sherman-Belin
Case No. 25-13800 (VFP)
**ORDER (I) AWARDING DEBTOR'S REASONABLE ATTORNEYS' FEES AND EXPENSES IN CONNECTION WITH MOTIONS; (II) DIRECTING JASON BELIN TO TENDER PAYMENT TO DEBTOR'S COUNSEL and (III) GRANTING RELATED RELIEF**

**THIS MATTER**, having been presented to the Court by Nakera Sherman (the "**Debtor**"), upon the certification of Debtor's Counsel in support of Debtor's Award of Reasonable Fees and Expenses in Connection with Debtor's previous Motions 1) Compelling Compliance with 2004 Subpoena, and 2) Seeking an Order Holding Jason Belin in Contempt of Court (the "**Certification**"); and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and (c) notice of the Certification was good and sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Certification establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Certification is in the best interests of the Debtor and her estate; and after due deliberation and sufficient cause appearing therefore;

It is **ORDERED** as follows:

1. Jason Belin shall tender funds in the amount of $4,285.47 directly to Debtor's counsel.

2. Jason Belin shall have fourteen (14) calendar days from the date of this Order to fully comply.

3. If Jason Belin fails to fully comply with this Order, he shall pay an additional $25.00 per day, until such time as he has come into compliance.

4. If Jason Belin fails to comply with this Order the Debtor shall be entitled to an additional award of reasonable fees and expenses in connection with enforcing same, upon proper application to the court.

5. Debtor's counsel shall serve a copy of this Order on Jason Belin by certified mail, return receipt requested and on all other parties or their counsel by regular mail within three (3) days of its entry.