| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>NORGAARD, O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, NJ 07361<br>Telephone: (201) 871-1333<br>Fascimile: (201) 871-3161<br>Attorneys for Debtor<br>By: Mark E. Norgaard, Esq. (MN-7407)<br>mnorgaard@norgaardfirm.com | Case No.: 25-13800<br>Chapter: 13 |
| In Re:<br>Nakera Tamkea Sherman-Belin,<br>Debtor. | Adv. No.: ____<br>Hearing Date: N/A<br>Judge: VFP |

## CERTIFICATION OF SERVICE

1. I, David Takach :

☐ represent ____________ in this matter.

☒ am the secretary/paralegal for Norgaard, O'Boyle & Hannon, who represents the Debtor in this matter.

☐ am the ____________ in this case and am representing myself.

2. On August 25, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Filed Order (I) Awarding Debtor’s Award of Reasonable Fees & Expenses in Connection with Debtor's Motions; (II) Directing Jason Belin to Tender Payment to Debtor's Counsel & (III) Granting Related Relief

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/25/2026

/s/ David Takach
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie−Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd, Ste 330<br>Fairfield, NJ 07004−1550 | Standing Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nakera Tameka Sherman-Belin<br>133 Rutgers Rd<br>Piscataway, NJ 08854 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jason Belin<br>1209 Central Avenue<br>Plainfield, NJ 07060 | Debtor's Ex-Husband | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Laurence R. Sheller, Esq.<br>826 Alexander Rd.<br>Princeton, New Jersey 08540 | Counsel for Mr. Belin-NOA | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Randy P. Davenport, Esq.<br>Law Office of Randy P. Davenport<br>133 Westfield Avenue<br>Clark, New Jersey 07066 | Debtor's Divorce Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |